**United State of America v. BRADEN HUSTON HOBBS**
**Case No.: 3:25-cr-73-HES-SJH**
**Sentencing Memorandum Exhibits**

| |
|---|
| **EXHIBIT A – NIAAA: Understanding Fetal Alcohol Spectrum Disorders** |
| **EXHIBIT B – Braden Hobbs' Course Certificates** |
| **EXHIBIT C – Character Letters** |
| Dr. Terri Gnann |
| Dr. Louis Mack |
| Brandon Scott |
| Kelly Rooney-Hobbs |
| Troy Hobbs |
| Alex Newman |
| Alexandra Hobbs |
| Benjamin Griffin |
| Bradley Rooney |
| Carson Gastineau |
| Cia Dreves |
| Cindy Baker |
| Connie Grubbs |
| Connor Hobbs |
| Cooper Gastineau |
| Cory Newman |
| David Lynch |
| Eddie Lackard |
| Jacqueline Newman Sikes |
| J.D. Rooney |
| Jason Conley |
| Justine & David Hyre |
| Katie Jordanhazy |
| Kim Rooney |
| Landon Taucher |
| Mackenzie Gastineau |
| Jamie & Maura Copeland |
| Megan Conley Carson |

**United State of America v. BRADEN HUSTON HOBBS**
**Case No.: 3:25-cr-73-HES-SJH**
**Sentencing Memorandum Exhibits**

| |
|---|
| Michelle Bryant Griffin |
| Pollyann Munroe |
| Richard Gastineau, Esq. |
| Ryan Rossier |
| June Maureen Rooney Conley |
| Robin Gastineau |
| Samantha Rooney |

# EXHIBIT A



National Institute on Alcohol
Abuse and Alcoholism

# Understanding Fetal Alcohol Spectrum Disorders



**Fetal alcohol spectrum disorders (FASD) affect**

**1% to 5%**

**of U.S. children in the first grade**

Source: May PA, Chambers CD, Kalberg WO, et al. JAMA. 2018

## What Are Fetal Alcohol Spectrum Disorders?

The term *fetal alcohol spectrum disorders* (FASD) refers to the wide range of physical, behavioral, and cognitive impairments that occur due to alcohol exposure before birth (also known as prenatal alcohol exposure). These impairments may appear at any time during childhood and last a lifetime. An estimated 1% to 5% of U.S. first graders have FASD, according to a National Institute on Alcohol Abuse and Alcoholism (NIAAA)-supported study published in the Journal of the American Medical Association.[1]

## What Causes Fetal Alcohol Spectrum Disorders and How Are They Prevented?

Alcohol exposure during pregnancy can result in FASD by interfering with development of the baby's brain and other critical organs and physiological functions. This can lead to deficits after birth and beyond.[2,3] Alcohol can disrupt development at any stage, even before a woman knows that she is pregnant.

Research shows that binge drinking and heavy drinking during pregnancy put a developing baby at the greatest risk for severe problems.[4] However, even lesser amounts can cause harm.[5,6] In fact, there is no known safe amount of alcohol consumption during pregnancy.

## What Are the Types of Fetal Alcohol Spectrum Disorders?

The term *fetal alcohol spectrum disorders* (FASD) refers to a range of physical, cognitive, and behavioral abnormalities caused by prenatal alcohol exposure. Depending on the features identified, the disorders categorized as FASD[15,16] include:

- Fetal alcohol syndrome
- Partial fetal alcohol syndrome
- Alcohol-related neurodevelopmental disorder
- Alcohol-related birth defects
- Neurobehavioral disorder associated with prenatal alcohol exposure

Prenatal alcohol exposure and central nervous system (CNS) involvement are factors common to the disorders encompassing FASD. Evidence of CNS involvement can be structural (e.g., small brain size, alterations in specific brain regions) or functional (e.g., cognitive and behavioral deficits, motor and coordination problems). For fetal alcohol syndrome—which is also characterized by growth deficiencies, distinct facial features, and other physical factors in addition to CNS involvement—confirmation of prenatal alcohol exposure is not required.

If an individual was not exposed to alcohol before birth, they will not get FASD. Given that approximately half of all pregnancies in the United States are not planned, the U.S. Surgeon General recommends that women who are pregnant, might be pregnant, or are thinking about getting pregnant should not drink alcohol at all.[7]

Prenatal alcohol exposure is a leading preventable cause of birth defects and neurodevelopmental disorders in the United States. Women who need help to stop drinking alcohol can talk to their health care provider about treatment options. There are a variety of treatments available for pregnant women, including behavioral treatment and mutual-support groups. Visit the *NIAAA Alcohol Treatment Navigator* to learn more about evidence-based treatments for alcohol-related problems.

> ## How Common Is Alcohol Use During Pregnancy in the United States?
>
> According to 2023 data from the National Survey on Drug Use and Health[17]:
>
> - Nearly 1 in 10 (8.4%) pregnant women report *current alcohol use.*
> - About 1 in 20 (4.8%) pregnant women report *binge drinking.*
> - Alcohol use is highest among women who are in the *first trimester of pregnancy.*
> - Many pregnant women who report current drinking also report current use of *one or more other substances*—most commonly tobacco and marijuana.

## What Are the Symptoms of Fetal Alcohol Spectrum Disorders?

Individuals with FASD experience day-to-day challenges, which may include cognitive and behavioral impairments as well as secondary disabilities including medical, educational, mental health, and social challenges, throughout their life. They are also subject to stigmatization for their disorder. People with FASD may have difficulty in the following areas:[3,9,10]

- Learning and memory
- Understanding and following directions
- Switching attention between tasks
- Controlling emotions and impulsivity
- Communicating and developing social skills
- Experiencing depression and anxiety
- Performing daily life skills, including feeding, bathing, counting money, telling time, and minding personal safety

## How Are Fetal Alcohol Spectrum Disorders Diagnosed?

Early identification of FASD is critical for the well-being of individuals affected by prenatal alcohol exposure and their families. Early identification can maximize help in the treatment of FASD and in building supportive networks with other individuals and families impacted by FASD. Unfortunately, FASD is often undiagnosed or misdiagnosed. This may be due, in part, to a lack of information about prenatal alcohol exposure or difficulty in distinguishing FASD from other developmental disorders that might have similar cognitive or behavioral symptoms.

The American Academy of Pediatrics (AAP) stresses the importance of universal screening for prenatal alcohol exposure for all children.[11] A diagnosis of FASD can include evidence of CNS problems (see "What Are the Types of FASD?" box), physical abnormalities (e.g., growth deficits, specific facial anomalies), health concerns, and documented prenatal alcohol exposure. The AAP recommends initial assessment and diagnosis by the child's pediatrician.[12] Referrals for additional evaluation and treatment can be made to other clinicians and health care professionals or, when available, to a specialized multidisciplinary team for a comprehensive evaluation and care.

## What Are the Interventions or Treatments for Fetal Alcohol Spectrum Disorders?

There are various approaches that may help reduce the symptoms of FASD and lessen the impact on affected individuals and their families. These include education and behavioral interventions for individuals with FASD and their caretakers as well as medications, social support, case management, and other services for children and adults with FASD.[13,14] New interventions are currently being developed and evaluated. These treatments include:

- Prenatal nutritional supplements for pregnant women and postnatal supplements for their children
- Learning and behavioral interventions aimed at improving cognition, daily life skills, and impulsive behavior
- School-based approaches focused on specialized teaching strategies and computer-based games
- Mobile health apps and other interventions that support families and caregivers to assist them in caring for children with FASD

**For more information, visit** Alcohol and Your Pregnancy, Rethinking Drinking **for tips about how to stop drinking, and the** Alcohol Treatment Navigator **to learn about alcohol treatment options.**

## References

[1] May PA, Chambers CD, Kalberg WO, Zellner J, Feldman H, Buckley D, Kopald D, Hasken JM, Xu R, Honerkamp-Smith G, Taras H, Manning MA, Robinson LK, Adam MP, Abdul-Rahman O, Vaux K, Jewett T, Elliott AJ, Kable JA, Akshoomoff N, et al. Prevalence of fetal alcohol spectrum disorders in 4 US communities. JAMA. 2018;319(5):474–82. PubMed PMID: 29411031

[2] Williams JF, Smith VC, Committee on Substance Abuse. Fetal alcohol spectrum disorders. Pediatrics. 2015 Nov 1;136(5):e1395–e1406. PubMed PMID: 26482673

[3] Wozniak JR, Riley EP, Charness ME. Clinical presentation, diagnosis, and management of fetal alcohol spectrum disorder. Lancet Neurol. 2019;18(8):760–70. PubMed PMID: 31160204

[4] Maier SE, West JR. Drinking patterns and alcohol-related birth defects. Alcohol Res Health. 2001;25(3):168–74. PubMed PMID: 11810954

[5] Sundermann AC, Zhao S, Young CL, Lam L, Johns SH, Velez Edwards DR, Harmann KE. Alcohol use in pregnancy and miscarriage: a systematic review and meta-analysis. Alcohol Clin Exp Res. 2019;43(8):1606–16. PubMed PMID: 31194258

[6] Lees B, Mewton L, Jacobus J, Valadez EA, Stapinski LA, Teesson M, Tapert SF, Squeglia LM. Association of prenatal alcohol exposure with psychological, behavioral, and neurodevelopmental outcomes in children from the adolescent brain cognitive development study. Am J Psychiatry. 2020;177(11):1060–72. PubMed PMID: 32972200

[7] National Center on Birth Defects and Developmental Disabilities, Centers for Disease Control and Prevention [Internet]. Advisory on alcohol use in pregnancy from the U.S. Surgeon General. 2005 [cited 2023 Jul 27]. Available from: https://www.cdc.gov/ncbddd/fasd/documents/sg-advisory-508.pdf

[8] Mattson SN, Bernes, GA, Doyle LR. Fetal alcohol spectrum disorders: a review of the neurobehavioral deficits associated with prenatal alcohol exposure. Alcohol Clin Exp Res. 2019;43(6):1046–62. PubMed PMID: 30964197

[9] McLachlan K, Flannigan K, Temple V, Unsworth K, Cook JL. Difficulties in daily living experienced by adolescents, transition-aged youth, and adults with fetal alcohol spectrum disorder. Alcohol Clin Exp Res. 2020;44(8):1609–24. PubMed PMID: 32472600

[10] O'Connor MJ. Mental health outcomes associated with prenatal alcohol exposure: genetic and environmental factors. Current Developmental Disorders Reports. 2014;1(3):181–8.

[11] American Academy of Pediatrics [Internet]. Screening for prenatal alcohol exposure [updated 2021 Nov 29; cited 2023 May 22]. Available from: https://www.aap.org/en/patient-care/fetal-alcohol-spectrum-disorders/screening-for-prenatal-alcohol-exposure

[12] American Academy of Pediatrics [Internet]. Common diagnostic approaches in fetal alcohol spectrum disorder [updated 2021 Nov 29; cited 2023 May 22]. Available from: https://www.aap.org/en/patient-care/fetal-alcohol-spectrum-disorders/common-diagnostic-approaches-in-fetal-alcohol-spectrum-disorder

[13] Reid N, Dawe S, Shelton D, Harnett P, Warner J, Armstrong E, LeGros K, O'Callaghan F. Systematic review of fetal alcohol spectrum disorder interventions across the life span. Alcohol Clin Exp Res. 2015;39(12):2283–95. PubMed PMID: 26578111

[14] Petrenko CL, Alto ME. Interventions in fetal alcohol spectrum disorders: an international perspective. Eur J Med Genet. 2017;60(1):79–91. PubMed PMID: 27742482

[15] Stratton K, Howe C, Battaglia F, editors. Fetal alcohol syndrome: diagnosis, epidemiology, prevention, and treatment. Washington, DC: Institute of Medicine, The National Academies Press; 1996. Executive Summary: p. 4-5.

[16] American Psychiatric Association. Diagnostic and statistical manual of mental disorders, fifth edition. Washington, DC: American Psychiatric Association; 2013, p. 86, 708–801.

[17] Substance Abuse and Mental Health Services Administration, Center for Behavioral Health Statistics and Quality. 2024 National Survey on Drug Use and Health. Table 8.22B—Substance use in past month: among females aged 15 to 44: by pregnancy status, percentages, 2023 and 2024. [cited 2025 Aug 12]. Available from: https://www.samhsa.gov/data/report/2024-nsduh-detailed-tables

# EXHIBIT B

| | |
|---|---|
| **From:** | Jenny Johnson |
| **To:** | Jennie |
| **Subject:** | Re: Braden Hobbs - CRI Certificates |
| **Date:** | Monday, April 27, 2026 12:51:18 PM |
| **Attachments:** | Outlook-eujsrki4.png |
| | CRI- CERTIFICATES OF COMPLETION Hobbs, Braden 042726.zip |
| | EDOVO OFFICIAL TRANSCRIPT Hobbs, Braden 082725-010826.pdf |
| | NCIC Schoolhouse-CERTIFICATES OF COMPLETION Hobbs, Braden 042726.pdf |

Hi, Ms. Jennie!

Sorry again for the delay with this. We are now operating with NCIC tablets in our housing areas and they utilize the Schoolhouse learning platform. Getting certificates is a new and different process than we previously had, so it took some time. But, moving forward, I think we've worked out a way to get them within 2-4 business days or so.

Since he's been here, we've had (3) different learning/coursework platforms:

| DATES AVAILABLE | PLATFORM NAME | # OF COURSES AVAILABLE |
|---|---|---|
| 2024-August 2025 | Correctional Rehabilitation Institute & 2nd Opportunity | CRI: 20 & 2nd Opp: 5 |
| August 2025-March 2026 | Edovo | 1,000+ of varying topics and lengths |
| Late March 2026-Present | Schoolhouse by NCIC Communications | 1000+ of varying topics and lengths |

I've checked our old platforms and received certificates from our current provider (Schoolhouse by NCICI) today. Attached are the files containing all of the certificates and/or transcripts for **HOBBS, BRADEN** since he has been here at Bradford County Jail:

Here's what you will see attached:

# (1) ?ZIP FILE titled "CRI-CERTIFICATES OF COMPLETION_Hobbs, Braden 042726"

- (19) CRI (Correctional Rehabilitation Institute) Course Completion Certificates

# (1) PDF FILE titled "EDOVO OFFICAL TRANSCRIPT_Hobbs, Braden 082725-010826"

- (2) page PDF document showing all coursework hours and completions

since first login (08/27/25) through last login (01/08/26)
- PAGE 1: Shows "Overview" of IM Hobb's total completed courses (NONE) and hours since August 27, 2025
  - NOTE: Dates at top right show "Aug 27, 2025 - Jan 08, 2026" which are the dates of first and last sign-on
- PAGE 2: Shows all "Supplemental Learning" hours (and in which courses) since August 27, 2025

## (1) PDF FILE titled "NCIC Schoolhouse-CERTIFICATES OF COMPLETION_Hobbs, Braden 042726"

- (6) page PDF document that contains all (6) completed courses/Certificates of Completion that IM Hobbs has completed since getting access to the new Schoolhouse platform through NCIC (sometime between March 10-20, 2026) through today's date of 04/27/26.

Let me know if you need anything else or if you have any trouble accessing these files.

Have a great day!
*Jenny E. Johnson, M.Ed.*
Programs Coordinator- Bradford County Jail
Bradford County Sheriff's Office
945-A N. Temple Avenue
Starke, FL 32091
Work Cell: 904-796-7626



---

**From:** Jennie <jennie@tassonelaw.com>
**Sent:** Monday, April 20, 2026 10:56 AM
**To:** Jenny Johnson <Jenny_Johnson@bradfordsheriff.org>
**Cc:** James Hill <james@tassonelaw.com>
**Subject:** Braden Hobbs - CRI Certificates



## SCHOOLHOUSE
Powered by NCIC



# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

# Braden Hobbs

has successfully completed the course:

## Body & Nutrition Fundamentals for Fitness, Health, and Well-Being in Confinement

*Katie Bond*

**Curriculum Coordinator**

*William J. Pope*

**President of NCIC**

March 31, 2026

**Date Issued**

Case 3:25-cr-00073-HES-SJH    Document 60-1    Filed 06/15/26    Page 12 of 123 PageID 308





Case 3:25-cr-00073-HES-SJH   Document 60-1   Filed 06/15/26   Page 13 of 123 PageID 309



## Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Braden Hobbs

has successfully completed the course:

Retail Arbitrage from Home with Software

*Katee Bond*

**Curriculum Coordinator**

*William J. Pope*

**President of NCIC**

April 22, 2026

Date Issued



Case 3:25-cr-00073-HES-SJH    Document 60-1    Filed 06/15/26    Page 14 of 123 PageID 310



# SCHOOLHOUSE
## Powered by NCIC

# Certificate
## of Course Completion

THIS IS TO CERTIFY THAT

# Braden Hobbs

has successfully completed the course:

## The Beginners Guide to Personal Finance and Wealth Building

*KateeBond*

**Curriculum Coordinator**

*William J. Pope*

**President of NCIC**

March 28, 2026

Date Issued



Case 3:25-cr-00073-HES-SJH    Document 60-1    Filed 06/15/26    Page 15 of 123 PageID 311



# SCHOOLHOUSE

### Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Braden Hobbs

has successfully completed the course:

Secrets Of Psychology - Why People Do The Things They Do

*Katee Bond*

**Curriculum Coordinator**

*William Pope*

**President of NCIC**

April 27, 2026

**Date Issued**







# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

## Braden Hobbs

has successfully completed the course:

Managing Project Teams

*Katee Bond*

**Curriculum Coordinator**

*William J. Pope*

**President of NCIC**

April 1, 2026

Date Issued







Powered by NCIC

# Certificate

## of Course Completion

THIS IS TO CERTIFY THAT

# Braden Hobbs

has successfully completed the course:

## The Beginners Guide to Stock Market Dividend Investing 2.0

*Katee Bond*

Curriculum Coordinator

*William J. Pope*

President of NCIC

March 29, 2026

Date Issued

Case 3:25-cr-00073-HES-SJH    Document 60-1    Filed 06/15/26    Page 17 of 123 PageID 313

# BRADEN HOBBS

## CRI - Anger Management

07/15/25

# BRADEN HOBBS

## CRI - Basic Education

07/15/25

# BRADEN HOBBS

## CRI - Behavior Change

Case 3:25-cr-00073-HES-SJH    Document 60-1    Filed 06/15/26    Page 21 of 123 PageID 317

# BRADEN HOBBS

CRI - Career Resources

07/16/25

# BRADEN HOBBS

## CRI - Conflict Resolution

07/16/25

Case 3:25-cr-00073-HES-SJH    Document 60-1    Filed 06/15/26    Page 23 of 123 PageID 319

# BRADEN HOBBS

## CRI - Contemporary Technology Skills

07/18/25

# BRADEN HOBBS

## CRI - Entrepreneurship

07/19/25

# BRADEN HOBBS

## CRI - Expectations and Outcomes

07/20/25

# BRADEN HOBBS

## CRI - Family and Community Reunification

07/22/25

Case 3:25-cr-00073-HES-SJH    Document 60-1    Filed 06/15/26    Page 27 of 123 PageID 323

# BRADEN HOBBS

## CRI - Financial Literacy

07/24/25

Case 3:25-cr-00073-HES-SJH    Document 60-1    Filed 06/15/26    Page 28 of 123 PageID 324

# BRADEN HOBBS

## CRI - Health Education

10/16/25

# BRADEN HOBBS

## CRI - Healthy Coping Skills

10/16/25

# BRADEN HOBBS

## CRI - Identification Package

10/17/25

# BRADEN HOBBS

CRI - Job Readiness

10/22/25

# BRADEN HOBBS

## CRI - My SWOT - How to use your knowledge

10/25/25

# BRADEN HOBBS

CRI - Presentation Skills

10/26/25

# BRADEN HOBBS

## CRI - Skill Based Education

10/31/25

# BRADEN HOBBS

CRI - Substance Abuse Education

11/08/25

# BRADEN HOBBS

## CRI - Exercising

07/20/25

**edovo**

**OFFICIAL TRANSCRIPT FOR:**
BRADEN HOBBS

Aug 27, 2025 - Jan 8, 2026
Bradford County Jail, FL

# Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|:---:|:---:|:---:|:---:|
| 2 | 0 | 2 | 0 |

## 0 Courses completed

**edovo**

**OFFICIAL TRANSCRIPT FOR:**

BRADEN HOBBS

# Supplemental Learning - 1 hr 51 min

## Summary

Listed below are the top **6** supplemental interactive learning items BRADEN has spent time on. In addition, BRADEN has engaged with **88 readings** and **399 learning videos**.

| Title | Time |
|---|---|
| WVBS: Bound Movie | 1 hr 07 min |
| Penn & Teller: Teach the Art of Magic | 0 hr 20 min |
| Neuroscience in Action: An Introduction to Brain Development, Trauma, and Addiction | 0 hr 11 min |
| OUTSIDE: VIEW MT. HOOD SUNRISE | 0 hr 09 min |
| Donna Farhi Teaches Yoga Foundations | 0 hr 04 min |
| Critical Thinking | 0 hr 03 min |

# EXHIBIT C



# CIPRIANO & JOHNSON COUNSELING

**2520 ISABELLA BOULEVARD SUITE 50**
**JACKSONVILLE BEACH, FL 32250**
OFFICE: (904) 246-0935 FAX: (904) 246-0937

| | |
|---|---|
| **To** | Kellyhobbs.realtor@yahoo.com ⚲ Person  ⚲ Person  ⚲ Person |
| **Cc** | ⚲ Person |
| **Bcc** | ⚲ Person |
| **Subject** | Braden ref letter |

Call me when you get this draft

www.ciprianocounseling.com

June 11, 2026

Reference : Braden H. Hobbs  DOB 12/18/97

To Whom Concerned,

This letter is in reference to Braden Hobbs. He was a client from 2024 through 2025. Braden came voluntarily into our Cipriano office at the beach after an incident in 2024. The incident occurred when he was driving home and felt he was too sleepy and pulled over to park. Client had not been drinking but tests revealed other substances that aided impairment. His arrest also led to additional  issues since he started having severe hallucinations and paranoia issues while in jail. He had never had any of these experiences which could have been related to a type of or synthetic drug or a combination of some of the substances he had taken. Client did not have much experience with drugs other than pot while growing up or any issues with mental health. When the drugs had finally worn off so did his symptoms. It was shortly after his release that Braden felt he needed to see someone about his anxiety and use of medication to solve issues.

The day Braden came in, we completed an in depth interview and several other assessment

procedures . Client admitted he had been prescribed a benzodiazepine for his anxiety by a family doctor. . At this point he was assessed to have a substance dependence to the drug. Client was also found to have trauma issues stemming from an abusive relationship with father. Braden is soft and well spoken young man but was somewhat reserved about sharing certain topics. After trust developed he was able to open up. We comprised a a treatment plan where he would be titrating off benzos since he did not want to take off time for detox and treatment. . He was educated concerning the dangers of abruptly stopping that type of medication with out being in a medical facility. He also understood that stopping the use of a substance was not recovery and the plan would include changing many aspects of his life, negative people places and things. He was also introduced to natural exercises to control anxiety.  We were also going to work on his trauma issues that were easily triggered  by the fear of making other men upset. . He did discontinue the benzo use and continued to come in to work on the treatment plan. He began to open up and process his  past trauma. He then got a really good job and seemed to be moving in a good direction . I was concerned by choice of friends in his case  since he could be easily influenced by young men when trying to prove his worthiness. He was  also at an age when peers and competition were very prominent.

I was surprised when Braden's  Mother called to explain where he was. I knew I had not seen him for a while but had several hospitalizations due to  my cancer issues. The charges were really shocking  due to his lack of former criminal issues and the behavior being so out of character. I would hope that the judicial system would see that his record shows him  not be a continuing nuisance to society, but a young man who is responsible,  engaging and capable of being a very productive citizen. He, like others, can be severely impacted by use of a drug or the type of people they meet. My recommendation for this young man would be to complete a treatment program. Not just to completely detox any drugs that might be in the system , but one that also handles the real issues. The issues that make a young man respond with behaviors of any type because they cannot deal with their mental perplexity. When attempting to process through trauma and other  issues such as these,  they need to be somewhere they cannot get to something external top change the way they feel . They need to be able to change the way they process it so they can manage and progress through  the situations.  There would be no benefit from sitting in a cell and being taught better criminal strategies or  being locked up with angry men that would be triggering his trauma issues. Bradon is an aspiring, creative and kind  young man who can have a successful future if his issues are dealt with appropriately.

Thank you for your time. Please call me if you have any other questions or wish me to add or takeaway from this letter of reference. My cell is  (904) 861-8515.

Sincerely,

Terri Gnann, PhD

May 11th, 2026

Louis Mack
PO Box 1414
Ponte Vedra Beach, FL  32004-1414

Dear Judge Schlesinger,

My name is Dr. Louis Mack, and I am the owner of Palm Valley Veterinary Center and Urgent Care. Braden Hobbs was employed with my office in 2022. Braden began working with me when we were first opening our office and he assisted in many ways to ensure our opening was successful. During his employment, he showed great interest in becoming a Veterinary Technician and was a hard working young man with a lot of promise and potential.

He displayed care and compassion not only for the animals we treat but also the owners. He would assist in many facets of my practice and was very dependable. The Braden I knew would never be involved in the behavior that has led to this matter. The young man I experienced was bright, hardworking, and compassionate.

I would ask the court to show leniency for this young man as I believe he has a lot to offer and can be a successful and contributing member of our community.


Sincerely,

Dr. Louis Mack

**Character Reference Letter**
**June 13, 2026**

**To Whom It May Concern:**

I am pleased to provide this character reference for **Braden Hobbs**.

I had the privilege of serving as Braden's manager during his approximately year-and-a-half tenure with McLaren. Throughout that time, I consistently observed him to be a dedicated, dependable, and hardworking employee who demonstrated a strong commitment to excellence in his work.

Braden was consistently punctual, performed his responsibilities at a high level, and continually sought opportunities to improve and challenge himself professionally. He conducted himself with professionalism and integrity, earning the respect of both his colleagues and supervisors. His positive attitude and approachable personality contributed greatly to a productive and enjoyable work environment.

Beyond the workplace, I had the opportunity to get to know Braden on a personal level. Along with several coworkers, we often spent time together outside of work, and I came to appreciate his character, ambition, and genuine enthusiasm for his interests, including real estate and personal development. Braden consistently brought positive energy to those around him and was someone people genuinely enjoyed being around.

Based on my experience working with and knowing Braden, I can confidently say he is a person of strong character, excellent work ethic, and professionalism.

If you have any questions or require additional information, please feel free to contact me.

Sincerely,

**Brandon Scott**

The Honorable Harvey E Schlesinger

Your Honor,

My name is Kelly Hobbs, and I am Braden Hobbs' mother. I am writing this letter in support of my son—not simply because he is my son, but because he is truly one of the finest people of character that I have ever known.

Never in my wildest imagination did I think I would need to write a letter such as this. I have written and rewritten this letter multiple times throughout the course of this case. As a mother, how does one write a letter about a son who has brought nothing but happiness and pride to her life? It has been one of the most difficult things I have ever had to do.

While I feel I could easily write twenty pages describing who Braden is—and in some drafts I have—I will do my best to keep this concise while still providing an honest picture of the young man standing before the Court today. This case is not Braden. It is not who he is, and it is not how he has lived his life.

Braden has always been easy. He was an easy baby, an easy child, and an easy adult. He is kind, intelligent, loving, compassionate, caring, respectful, dependable, and hardworking. If there is a positive characteristic that contributes to good character, Braden possesses it. This situation simply does not reflect the person we know.

Braden is the youngest of my three sons. I often joked that my life resembled the old television show *My Three Sons*. Being a mother was my dream, and my boys were the center of my world. For many years, life was very good for our family until circumstances arose that created significant challenges and hardships. Through those difficult times, however, Braden remained the same loving and steady presence he had always been.

To provide some background, I moved to Florida after graduating the from college. I was raised in West Virginia by the most wonderful parents to my six siblings and I. My father was a lawyer and my mother a schoolteacher. Upon graduation from Marshall University, I moved to Neptune Beach and very soon I met my former husband, Troy Hobbs. We quickly fell in love and married and eventually built a successful window-cleaning company together from the ground up. I thought he and I shared similar morals and values and principals. I dreamed I would have the marriage and family that I had imagined and much like my own parents. Troy and I both worked very hard at that time. As we started our family, we taught the boys the meaning of hard work and honestly and dependability. Braden always exhibited those character traits.

Unfortunately, for myself and my sons our home became one of abuse and dysfunction as time passed. My ex-husband was raised with that in his own home, unbeknownst to me, and he brought it into our family. His sister, Michelle had written a book about their traumatic upbringings. God, Are You Listening, by Michelle Bryant. While Braden did not suffer physical abuse from his father as that was reserved only for our oldest son, Braden did suffer the constant chaos and trauma from it. Braden began picking at the end of his fingers when he was a very young child to deal with that stress. When Braden was three, we were in a terrible boating accident. The conditions were not favorable and when our oldest son, at just ten years old, pointed that out to his dad, he was met with name calling and abuse, so we all went. I felt I could not let Troy take the boys out alone, and as we got to the Jetties we met with a "perfect storm." Our oldest is the only one who was physically hurt but the rest of us were traumatized, as well. Braden could not be around loud or gushing water, even from a sink, for almost a year. Our pediatrician worked through that with us and afterwards he was fine. I thought that experience would end chaos and abuse in our home, but it did not. Once Troy and I divorced, my home was calm and safe for my sons.

Braden was the only one living at home after the divorce and life became normal and stable, in my home. However, prior to the divorce, their dad began a very public, years-long, affair with the mother of one of Braden's friend's. That caused great upset for Braden, especially. While his dad would tell us that he had to work and could not spend time with Braden, photos would be posted on Facebook by Braden's friends showing he had spent the weekend with the woman and her children, right down the road from us. The news was running rampant throughout the middle and high schools. The boy even came to school in one of Braden's dad's shirts and that upset Braden so much. So, during Braden's middle and high school years, these are the things that constantly transpired. Braden was always exposed to his dad and this woman's relationship; even being brought into an infidelity situation they were dealing with. I, of course, explained to both the woman and Troy that this is not something that a child should have to be exposed to and I was met with verbal attacks. I don't bring this up to point fingers, but to show what this young man had to deal with growing up, that no child should and to show why he would have built up anxiety.

Through it all, Braden remained a very easy going and a well-adjusted young man. As I said, our home, mine and Braden's was joyful and loving and calm. While Braden had very little time with his dad, he and I spent a lot of time together. Fishing, biking, hiking, going to the beach and going out-of-town. Braden had good friends and a high school girlfriend, but he and I really enjoyed each other's company too. We had a lot of fun and spending so much time with him, I knew him well. He was, and is, a good young man. He was a home body, and if he wasn't working, he preferred to be in nature during the day and being at home at night. In spite of the things his dad had done, he

missed his father.  I couldn't fix that for him, but I could only try to be as good a mom as possible.  The same for his brothers, as I had to become mother and father to all of them at that time.  There was no assistance of any kind from their dad at that time.

While Braden continued to see his dad occasionally, it wasn't one-on-one like he had enjoyed before the divorce and there were a lot of ups and downs in their relationship.  Braden really craved quality time with his dad.

Despite all of that, Braden has had jobs since he was fourteen years old. He has always been productive and responsible. There has never been a lazy bone in his body. He takes pride in his work and has always wanted to contribute.

From a very young age, Braden developed a deep love for nature and animals. Much to my dismay, that included snakes. As a child, he became known throughout our neighborhood as the "snake expert." Neighbors would come to our house asking Braden to identify snakes in their yards and, if they were non-venomous, safely remove them. He even made educational posters to teach people the difference between venomous and non-venomous snakes so harmless animals would not be killed.

His compassion for animals has remained constant throughout his life. Christmas of 2024, he spent nearly forty minutes rescuing a frog trapped between our sliding glass doors. While the rest of us were ready to move on with our evening, and Christmas games, Braden patiently worked until he freed it without further harm, then created a safe place for it to recover.

A couple of years ago, Braden rescued an abandoned three-day-old fawn from Nocatee Parkway. He called veterinarians, wildlife agencies, and sanctuaries until he found help. He went to Publix, bought goat milk and a bottle, and cared for her until a rescue in Hilliard was able to take her. He named her "Goldie" and continued checking on her until she was later released into the wild.

This is who Braden is.

He does not reserve that care and compassion just for animals.  When Braden was in elementary school, there was an autistic girl in his fifth-grade class named Dani. As the school dance approached, she asked him in front of other students if he would take her. Rather than embarrassing her, Braden kindly told her he had already made plans but asked her to save him a dance. His teacher later told me she was moved to tears by his response because it gave Dani confidence instead of rejection.


Another example involves a special needs boy named Alex, who was often excluded by peers. Braden met him at our neighborhood park when they were highschoolers.  Braden immediately included him, stood up for him, and encouraged

others to treat him kindly. Over time, Alex became a popular student because of
Braden.

One day, Braden missed the bus while speaking with me on the phone. As I was about
to leave to pick him up, the bus actually backed up because Alex saw that Braden had
missed it, and he insisted the driver return for him. They remain close friends to this
day.

Braden has always stood up for those who are overlooked or struggling. He does not
seek recognition—he simply does what he believes is right and what comes
instinctively.

Braden has also always been deeply devoted to family.  His brother Connor recently got
married to a wonderful young woman, Alexandra, whom we are thrilled to welcome into
our family. Connor wanted Braden to serve as his best man because of how important
he is in his life. The thought of Braden not being there was very painful for all of us. He
has never missed one family event—no birthdays, holidays, graduations, or special
occasions prior to this case. Ever.  And now he has missed his brother's wedding, which
in and of itself was a massive blow to Braden and our entire family.  He has never
hesitated to be present and engaged with family, so it has been a very hard time as
holidays and birthdays have passed and now a wedding.

A few of years ago, I took my sons on a trip to West Virginia, where I grew up. We
visited Beckley, toured coal mines, attended my high school reunion in Charleston,
visited my grandmother's farm, went to Huntington, and ended at Marshall University for
a football game. We listened to "Country Roads" repeatedly throughout the trip. Braden
embraced every moment, not because it was necessarily his preference for a vacation,
but because it mattered to me.  He has always willingly gone on trips and family visits
without hesitation or complaint, especially to support aging relatives. His sense of duty
to family has always been strong.

What has happened in this case is not in Braden's nature at all.

Several years ago, Braden experienced significant life stress. He ended a six-year
relationship with his longtime girlfriend. At the same time, our country and world were
experiencing major upheaval and uncertainty. That was a very scary time.  During this
period, Braden was also dealing with significant family stress and emotional strain
involving his father and his father's relationship, and the emotional impact of
longstanding dysfunction with his dad. And, beginning in 2020/2021 I was experiencing
serious health concerns and undergoing extensive medical testing and I know that
Braden was very worried about me at that time.  Braden also suffered the loss of friends
to accidents and one of his best friends to suicide.  All of that contributing to emotional
distress for Braden.  During this time, Braden also lost his beloved grandfather and two

close friends. His closest friend, who was in the military, passed away after attempting to reach Braden the night before. This loss affected him deeply.

Braden came to me at one point and told me of his debilitating anxiety. I encouraged him to pray, to rely on faith, and to exercise through jogging and biking. He did all of these things to exhaustion. I watched him for months and months trying to manage his anxiety on his own.

Braden eventually looked for further help with anxiety. He was eventually prescribed Xanas. Initially, the medication provided relief. However, over time his condition worsened and dependency developed, affecting his judgment and well-being. When I realized Xanax had become a problem for Braden, causing him more anxiety, I tried to help him get off of it. He attempted repeatedly, but experienced dangerous seizures.

I sought help from rehabs without success as my finances were limited but I eventually located Oaks Recovery in South Carolina. It has a great success rate, and I felt it was a good fit for Braden. So did he. He was excited to go but just a day or two before we were leaving to go, we were informed they could not accept him unless he had received the COVID-19 vaccine. We were devastated.

We continued trying as a family, believing we could help him through withdrawal. However, Xanax dependency proved far more severe than we understood. I have since learned how difficult and dangerous this medication can be to discontinue, even under medical supervision. I researched and found Dr. Josef, who is a leading expert on Xanax and has labeled it as extremely dangerous and mentions that although it has been around for well over twenty years, it has only just begun to be studied.

What I hope will define Braden is the totality of his life: a caring, intelligent, respectful, dependable, hardworking, thoughtful, sincere, lawful, and compassionate young man who has consistently demonstrated integrity.

While out on bond in this case, and after recovering from a violent incident while incarcerated in the Duval County Jail, Braden returned to work and immediately rebuilt his life. He secured employment, then moved into a better position with McClaren Industries, where he had performed well. He kept up with his real estate credentials as well.

While facing uncertainty about his future, he continued to support others. He attended his cousin's wedding in North Carolina and assisted his brother with planning and logistics for his proposal to his now-wife, Alexandra, in Savannah, GA. He did not withdraw from family or life as most probably would. Instead, he remained present, supportive, and engaged. He continued to show up for the people he loves. He was back to my Braden. Asking me to join him for walks in Guana Preserve, or bike rides through our community, or walks on the beach. We would watch movies and

documentaries together.  It was like it was before.  He was faithfully getting up early and getting to work and excited to tell me about his day and his accomplishments when he got home in the evenings.  I had Braden back.

I am proud of how Braden has conducted himself through this difficult time. He is scared about his future, but he remains accountable, faith-driven, and committed to becoming better.

Thank you for taking the time to read this letter. I am a concerned mother, but I am also a mother who knows her son deeply. This is not who he is. This is a chapter in his life, not the story of his life.

I respectfully ask the Court to consider the totality of Braden's life, character, and conduct. Please do not let this moment define him.

I respectfully ask for mercy and for the opportunity for Braden to continue proving what those who know him already know—that he is a good man, capable of contributing meaningfully to society, and worthy of a chance to move forward.

Thank you for your time and consideration.

Respectfully,

Kelly Rooney-Hobbs





























11/17/25

There is no way to express the heartbreak that leads us to this letter.

Since the day he was born, Braden has always been an absolute joy, and truly a blessing. He was always funny, energetic, caring, athletic, and extremely bright. Braden was raised in a Christian home by loving parents who always strived to teach him right from wrong, being kind to others, the value of hard work, and the rewards of doing things the right way.

When he was a boy he would wait for me to get home from work, basketball in hand, and we would head to the park. We played every day.

He was a good student, and played in team sports throughout his school years, which I often coached.

After school, Braden worked hard, in different fields, before settling in a Real Estate career. He studied hard to get his license, and it was a proud moment for he and his family when he achieved that goal.

There is a cancer in today's society.

A cancer that draws good, honorable, Christian people to travel down paths that can only lead to destruction.

The scourge of drugs in our society, our neighborhoods and our schools is a toxic reality that claims the innocence, and often the lives, of our families, friends and children.

Braden always prided himself on rising above the temptations, and peer pressure. I was very proud of him for his strength and resolve to do the right thing. We would often fish, ride dirt bikes, go to church or just hang out and watch tv. My times with my sons are among the fondest memories I have.

Braden is an extremely intelligent young man, and knows that he has only this one life. A life, that is a gift from God. The shame and disappointment in himself that he feels has been unbearable. As his father, who loves him beyond words, it has been devastating.

As a former business owner, I would often take chances with 'less than optimal' applicants. I was good at reading people, their hearts, their resolve, and their personal commitment to improving their lives.

Not a single person who I ever gave a second chance to let me down. Nor did they let themselves down.

My son is not a criminal. He is committed to proving himself an honorable citizen, helping others, honoring his faith in God, and fulfilling his destiny. Braden is a gentle, God fearing young man, with a heart of gold.

 When he was a boy, we were walking on the beach looking for sharks teeth. Braden had already collected a handful, and noticed a young girl who was looking hard, but had none.

He walked in front of her and tossed a couple on the sand for her to find. Head down and looking hard, she walked right over them. We laughed as Braden picked them up, and went ahead of her again. Finally after the third or fourth time, she found them. She was so excited and happy. And Braden was equally as happy for her. That's the kind of person Braden truly is.

It's clear that in the haze of addiction Braden did not think clearly about his choices. Choices he deeply regrets. Stephanie was the love of his life. They had planned to

marry. Although she stayed by his side for over 5 months, she made the heartbreaking decision to move on. From personal experience, I know the devastating emotional trauma that my son is feeling. He would often confide in me how blessed he was to have found such an amazing young woman. Braden has lost everything. His home, his car, his career, the woman of his dreams, and his freedom.

He (rightfully) blames himself. He is deeply remorseful for his careless, and downright idiotic behavior. He has acknowledged his mistakes, and to this day can't believe how he got here.

Today, he is clean, aware, awake, and ready to put this nightmare chapter of his young life behind him. He asks for Gods forgiveness every day and night. He actually thanks God for being arrested. He is well aware that God saved his life.

I love my son more than he could ever comprehend , and I am committed to doing whatever is required to help my son fulfill his dreams, his purpose, his faith, and his future.

I would respectfully request that this court see my son for who he truly is. A young man who made some terrible mistakes. A young man committed to never making those mistakes again. Every one of us is on Gods clock.

Every minute of every day is a gift from God. I pray that Braden will be granted the life God intended for him.

He will move forward, never back.

This is the first, and only, time my son will be before this court.

Thank you for your time.

Kind Regards,

Troy B Hobbs
334 2nd Ave N
Jacksonville Beach, Fl 32250
troyhobbs@hotmail.com
(904)993-5853

Mr. Alex Newman
165 Ormwood Dr.
Ormond Beach, FL
32176
Alexnewman_85@hotmail.com
(786) 266-0390

May 5, 2026

Attn: The Honorable Judge Harvey Schlesinger
U.S. Federal Courthouse
300 N Hogan St
Jacksonville, Fl 32202
Courtroom 10C

To the Honorable Judge Harvey Schlesinger,

I am writing to respectfully ask for mercy and leniency on behalf of my nephew Braden Hobbs as you consider his sentencing.

While there is no excuse for the poor decisions that brought him before this Court, I hope you will consider that his actions do not define the entirety of his character or the values with which he was raised.

Braden comes from a loving, supportive family that cares deeply for him and is committed to helping him learn from this serious mistake. His involvement in criminal activity was a deeply regrettable lapse in judgment — one that has caused immense pain, disappointment, and reflection for both him and all who love him.

He is still young, and with youth often comes immaturity, poor choices, and susceptibility to harmful influences. Our whole family knows well that the crimes he committed do not reflect the person he truly is or the future he is capable of building. He has strong family

support, guidance, and accountability waiting for him, and we are fully prepared to ensure he stays on a better path moving forward.

Our family believes wholeheartedly that he has learned a profound lesson from this experience. The consequences he has already faced have had a serious impact on him and, as you know, regardless of the sentence you impose, will likely follow him for the rest of his life.

We are confident he understands the gravity of his actions. Given the opportunity for rehabilitation rather than excessive punishment, we believe he can become a productive, responsible member of society.

We humbly ask that you consider his age, his potential for reform, his supportive family environment, and the sincere remorse he feels. Mercy in this situation would not only offer him a second chance, but also preserve the possibility of a brighter future that these mistakes should not permanently destroy.

Thank you for your time, consideration, and service.

Respectfully,

*Alex Newman*

Alex Newman

June 7, 2026

To The Honorable Harvey E. Schlesinger:

My name is Alexandra (Lackard) Hobbs. I am a College Counselor and an Adjunct Professor in Jacksonville, and I am married to Braden's older brother, Connor. I have known Braden since May 2022, and can truly say that I view him as a brother of my own.

I understand that we are here today due to the mistakes that Braden has made. While I do not seek to excuse those actions, I would like to share my perspective on the person I know beyond the circumstances that brought him here.

Braden has always been a caring and supportive person to his family and friends. Early on when I first met him, I was blown away by his deep love for animals. There was an instance where he found an abandoned baby deer on the side of the road. Rather than carry on with his day, he brought the baby deer home with him and worked tirelessly to arrange for a wildlife rescue to step in. Even after the deer was rescued, Braden would drive over an hour to the sanctuary just to check up on it because he cared so much. I wholeheartedly believe that this instance sheds light on the core of who Braden is. He cares deeply for others and has so much good to contribute to our society.

Like many people, Braden has faced challenges and for a short time, did not make the best decisions. From what we now know, Braden had been struggling for some time with substance abuse, which led to him to make uncharacteristically poor decisions. However, I have seen sincere remorse and a genuine effort from him to learn from these mistakes. Since getting sober, we have seen who Braden truly is, which is someone that wants to grow from his mistakes and bring good to the world. He has such a deep love for his family, his friends and Jesus. I know that his faith is guiding him towards a solid and productive life.

For years, I've attended holidays and get-togethers with the family, and Braden was always kind and respectful. He would rush right up to give me a hug and ask how I was doing. The relationship he has with his mom, Kelly, and Connor is incredibly loving and supportive. I was welcomed into the family with open arms and he immediately became my brother too. In November 2024, Braden came to our surprise marriage proposal. Even when he was facing the fear and uncertainty of his own fate, he showed up for us with joy and love the whole weekend.

He always puts others before himself, and that is the core of who he is. We are a strong family unit, and Braden will always have our support.

In my opinion, this situation does not define who Braden is as a person. I believe he has the ability to continue making positive changes and to be a productive, responsible member of the community. I respectfully ask the Court to consider his character, efforts toward rehabilitation, and potential for growth when making its decision.

Thank you for your time and consideration. Please do not hesitate to contact me with any questions. I can be reached at Alexandra.lackard@gmail.com or 860-817-2636.


Respectfully,

Alexandra Hobbs

Your Honor,

First let me say that Braden is family. That might make me a bit biased; however, if I
didn't have a few folks in my life to step up and say things that made an impact, I would
definitely be a different person.

Sometimes all it takes is a few words, it doesn't matter where or who they come from.
The impact is always the same. Will that change the person's life? Only that person can
say.

To my understanding,  this is the first incident that he's incurred. I know that includes
multiple charges. Sometimes one incident can blow up into multiple ones by accident.

This said, I am a decorated USAF retiree. I have continued to serve the DoD in many
forms since retiring in 2005. I continue today, even though I am past the age of 62 and
could retire for good. I live in SC and came for support.

I believe Braden is a good person and he can turn this situation around given the
chance. My life was a misstep after misstep and several folks along the path have
helped guide me back on my way.

I hope that you can see a positive way to guide this young man to the proper path
without the loss of a good portion of his life.

TSgt Benjamin I. Griffin
USAF, Retired

benny.griffin@gmail.com
850-319-4825

**TO:**       Honorable Harvey E. Schlesinger
**FROM:**     Bradley Rooney
**RE:**       Character Letter; Braden Hobbs


I am writing this letter on behalf of my cousin, Braden Hobbs. Growing up, I knew Braden to be a kind-hearted, respectful, and caring person. He was someone who treated others with compassion and was generally well-liked by family and friends. Throughout his childhood, I observed him to be thoughtful, helpful, and genuinely concerned about the people around him.

It is my understanding that Braden has been charged as a result of serious circumstances - of which I am not fully aware. I am not writing to minimize the conduct that brought him here, nor am I attempting to excuse any of his actions. While accountability is important, I also generally believe that people can learn from their mistakes and transgressions and use those experiences to become better individuals and members of society, as a whole.

My purpose in writing this letter is simply to provide the Court with some insight into the person I have known throughout much of his life. While no one is defined solely by their best moments, I also do not believe that a person should be defined solely by their worst.

Although I cannot speak to the specific facts and circumstances of this case, I can say that I believe Braden possesses certain qualities that are conducive of reflection, growth, and positive change. I believe that people who possess these types of qualities can serve as a foundation for rehabilitation and personal improvement. I believe he should be afforded the opportunity to learn from this experience and move forward in a productive and responsible manner.

Sincerely,

Bradley Rooney

Dear Honorable Judge Schlesinger,

My name is Carson Gastineau, and I am writing on behalf of Braden Hobbs. I am Braden's cousin, and I have known him for his entire life. It is from that perspective that I write this letter.

Throughout his life, Braden has consistently been a kind, respectful, and caring person. He has always been the type of person who puts others before himself and who genuinely wants the best for the people around him. Whether it was family gatherings, holidays, vacations, or simply spending time together over the years, I have known Braden as someone with a good heart, good intentions, and a strong sense of loyalty to his family and friends.

One memory that has always stayed with me involves our large family gatherings. With a family as large as ours, there were often many cousins of different ages together at holidays, vacations, and other family events. My younger brother and I were among the younger cousins, and there were times when some of the older kids understandably preferred to spend time with people their own age. Braden was different. He consistently went out of his way to make us feel included. He was always welcoming, friendly, and willing to spend time with us when he had no obligation to do so. His consideration was always apparent and an established part of who he was as a person.

Looking back, that may seem like a small thing, but it reflects the person I have always known Braden to be. He never sought to exclude people or make them feel unwelcome. Instead, he naturally made others feel comfortable, valued, and included. That kindness was not reserved for special occasions; it was simply part of his character.

What stands out most to me is not any single act, but the consistency of his character over many years. Braden has never been someone who sought trouble or acted with malice toward others. He has always treated people with kindness and respect. He is the type of person family members could depend on and someone whose presence made family gatherings better because of his positive attitude and genuine care for others.

For that reason, learning of his current situation was both shocking and difficult to comprehend. The conduct that brings him before the Court is completely inconsistent with the person I have known for my entire life. While I understand that good people can make serious mistakes and must be held accountable for their actions, I also believe it is important to recognize when a person's conduct is truly out of character and does not reflect who they are as a whole.

I respectfully ask the Court to consider Braden's lifelong character, his support system, and the many people who know and care about him. He has the love and support of a large family that stands ready to help him move forward and become the person we have always known him to be. I sincerely believe that Braden has the capacity for growth, rehabilitation, and redemption.

Thank you for your time and consideration.


Respectfully,


Carson Gastineau

From: Cia Huston Dreves
2327 Hickory Road
Bonifay, Florida 32435
Date: May 5, 2026
Judge Schlesinger

Your Honor,
I am writing to introduce you to my grandson, Braden Hobbs, as I know him, which is likely quite different from what you have been given to date.
Braden was never a tough guy, a bully or a thug. He was small, cute, polite, and kind. He cared for injured frogs. He had a great smile and was popular with those his age in the neighborhood.
Around age 10 or 11, he discovered that trash day discards presented entrepreneurial opportunities, and being willing to put in the effort, he set about collecting, cleaning, and selling. He was quite good at knowing what people would buy, and he enjoyed reviving broken things, in much the way he had tended injured frogs.
Back then we might have imagined him achieving wealth at an early age, but never in a million years would we have forseen him being in Federal custody.
As recently as 2 years ago, we saw him in much the same familiar light, maybe busier, maybe less often, but still thoughtful Braden.
I am acutely aware that at some point before or after then, he took a wrong turn in his thinking.
He fell away from family a bit, but when making contact, he seemed to be the same sweet, respectful young man... just Braden becoming a young man, busy with and successful in real-estate.
I suppose in recent years a number of other things must have entered the picture, likely drugs, perhaps success too young, maybe a little pride or even greed. I honestly don't know why or how but it would have been out of character. Still, what I do know, and would stake my life on, is that Braden was never someone to fear. He was never a direct threat to anyone. His general inclination has always been to help others.
Perhaps that's a part of this whole horrible journey. And whether he is permanently crippled by it or is given the opportunity to repent and prove himself worthy of a new start seems to be entirely in your hands.
I pray you can see the potential in this young man and sentence him with as much leniency and grace as is within your power.

I thank you for your time.

Sincerely,
Cia Dreves

May 10, 2026

To:     The Honorable Judge Harvey Schlesinger
        c/o Tassone, Dreicer & Hill
        1833 Atlantic Boulevard
        Jacksonville, FL  32207

Re:     USA vs. Braden Huston Hobbs

Dear Honorable Judge Schlesinger,

I am Cindy Baker, resident of Glen Saint Mary, Florida and aunt to Braden Hobbs.  If I may take a moment of your time, I'd like to point out a little about my nephew.  Having known him since birth, I can share a little about who he is as a person.  From a very young age Braden was always energetic and motivated.  He was intuitive, inventive and had a natural work ethic.  He had a drive to be an entrepreneur and worked hard to make something of himself early in life, whether it was mowing lawns for neighbors or fixing broken stuff to sell.  Unfortunately, after his parents' divorce, that drive took a sad turn, as many do.  In the midst of that pain, he found himself at the intersection of greed and stupidity.  I understand the way things look from all legal and prosecutorial perspectives, but if anyone has the ability to make good on his life, after all that has transpired, it's Braden.  It's inside him to do good, to work hard, to be somebody.  As a child, he was one who held the most promise, the hope of greatness.  I truly believe he can and will and wants to change the poor direction he has taken in recent years.  I believe this was exhibited during the months between his initial arrest and the charges he now faces.  During that time of "freedom" (out on bail) he was intent to walk the straight and narrow again.  The evidence is clear on this.  Please give him a chance to prove that he can, and wants to, continue on that path, to become an upstanding citizen once again.  Give him a chance to be the person he always had the gift to be.  I don't believe that his intent was ever to be a criminal, and certainly never a lifelong one, as he is now accused.  Regardless of the charges you now see, I ask you to please see him as his family does, with open eyes, and an expectation of better.  If ever there was an opportunity to see someone turn their life around for the better, this is that opportunity.
Thank you for your time.

Most sincerely,

Cindy Baker

Cindy Baker

The Honorable Harvey E. Schlesinger
United States District Court
Middle District of Florida
Jacksonville, Florida 32201

**Re:** Character Reference for Braden Hobbs — Sentencing Consideration

Dear Judge Schlesinger:

I respectfully submit this letter to the Court on behalf of Braden Hobbs in connection with his upcoming sentencing hearing. I understand that Braden has accepted responsibility for his actions by entering a guilty plea, and I write to offer the Court my personal knowledge of his character in the hope that it may be of assistance in determining an appropriate sentence.

I have known Braden since the day he was born. His mother has been my closest and dearest friend for over fifty years, and our families grew up together. Because of this lifelong bond, I have had the privilege of watching Braden grow from a child into a young man. Throughout his life, Braden has demonstrated a gentle nature, a caring heart, and a deep compassion for others. He has always shown particular kindness toward animals, volunteering his time to care for and rescue them. He is hardworking, willing to take on responsibility, and eager to contribute positively to those around him.

As someone who has watched Braden grow up, I believe that as a young man he became involved with the wrong influences and that drug use impaired his judgment, leading him down a path he never intended to take. Like many families, ours has witnessed firsthand how substance abuse can alter a person's decisions and pull them away from the values they were raised with. While this does not excuse his conduct, I believe it provides important context. The Braden I have known his entire life is not defined by these choices.

I am encouraged that Braden has taken accountability for his actions through his guilty plea. I know that this experience has weighed heavily on him and on his family, particularly his mother, with whom he shares a deep and loving bond. Braden has a strong family support system that is committed to helping him rehabilitate and rebuild his life. He is surrounded by people who love him, believe in his capacity for change, and are prepared to support him every step of the way.

Your Honor, I respectfully ask that you consider the entirety of Braden's character—his kindness, his compassion, his work ethic, and his willingness to accept responsibility—when determining his sentence. I firmly believe he has the capacity to learn from this experience and to make meaningful, positive contributions to society. I humbly request that the Court extend to him the opportunity to demonstrate that potential.

Thank you for your time and consideration of this letter.

Respectfully submitted,


Connie Grubbs

**The Honorable Judge Harvey E. Schlesinger**

Dear Your Honor,

I am writing to you today with a heavy heart and deep concern on behalf of my little brother, Braden Hobbs.

Braden has always been my best friend and one of the most remarkable people I have ever known. He is kind, dependable, compassionate, and selfless—someone who consistently puts the needs of others before his own. Throughout his life, he has been the person family and friends could rely on during difficult times, always offering support, encouragement, and a helping hand.

From a very young age, Braden had a deep love for nature and animals. He spent countless hours outdoors exploring, observing wildlife, and learning about the world around him. He enjoyed spending time with his brothers, parents, and close friends, and he found happiness in life's simple moments. He has always been a positive presence, someone who brings people together rather than tears them apart. He is a true gentleman whose kindness and generosity have touched many lives.

Braden could sometimes be an introverted child. While he had many friends and enjoyed their company, he often preferred spending time alone outdoors, watching insects, studying reptiles, or caring for animals he would find. Looking back now, I realize that much of his desire for solitude may have been a way to escape the instability and turmoil that existed within our home.

Our childhood was far from easy. Due to financial strains and our father's abusive nature, life at home was often chaotic and unpredictable. My father frequently used intimidation, humiliation, and emotional abuse to control those around him, and there were times when his behavior became physical. As children, we lived with a constant sense of anxiety and uncertainty, never knowing what kind of environment we would come home to each day. The effects of that upbringing have stayed with all of us in different ways.

One memory has remained with me throughout my life. I vividly remember a night when Braden and I sat in his room crying while listening to our parents argue and hearing the ongoing abuse and mistreatment directed toward our older brother. We were frightened and overwhelmed. Braden, who was still in elementary school at the time, packed a small backpack with a change of clothes and a few toys because he genuinely believed we might have to run

away. Seeing my younger brother carry that kind of fear and uncertainty at such a young age broke my heart. It is something I have never forgotten.

Those experiences were not isolated incidents. The instability and fear in our household affected each of us in different ways. As siblings, we often leaned on one another for comfort and support because we did not always feel safe or secure at home. Despite those circumstances, Braden grew up to become an extraordinarily respectful and compassionate man.

I credit our mother with much of that. We all knew she tried her best to get our father to change, and when it became evident that he never would, she tried to get him to leave so that we could finally have some peace. She endured a great deal herself and did everything she could to protect us and provide stability despite the circumstances. My father did not treat our mother well, yet she continued to put her children first and serve as the positive influence in our lives.

Braden is the type of person who quietly helps others without expecting recognition. He is loyal to his family, devoted to his friends, and always willing to step up when someone needs him. He has a genuine love for people, animals, and the natural world, and he consistently tries to make a positive impact on those around him. Anyone fortunate enough to know him would describe him as thoughtful, respectful, and sincere.

Once we realized that Braden was struggling with the use of Xanax, our family made every effort to support him and help him through it. My mother was deeply worried for him, and we all tried to understand what he was going through and be there for him as best we could. There were periods where we believed he was doing better, only to later realize he was still struggling with a drug that does not let you go. My mother arranged for a rehab facility and Braden was excited to go only to find out they would not accept him because he was not vaccinated for covid.

Xanax is a very dangerous drug and one I don't feel my brother should have ever been put on. What he needed was someone to talk to and an evaluation to guide him to a safe resolution for his anxiety. Because our mother, who he would normally talk to, was going through some health issues, he did not want to burden her with his problems. He didn't want to bother anyone. He kept it internally in ways we did not fully see or understand at the time.

Braden was dealing with an overwhelming amount of grief and emotional pain during that period of his life. The world itself felt unstable, beginning with

COVID-19 and continuing through a series of deeply personal losses. He went through the breakup of his long-term relationship from high school, the loss of our only living grandfather, the deaths of several friends in accidents, and ultimately the loss of a close friend to suicide. Because so much was happening at once, and because Braden has always been someone who does not want to burden others with his struggles, much of what he was feeling was not fully visible to those around him. He spoke with my mother at times, but we did not understand the full depth of his pain.

Looking back, it is clear that he was carrying far more than he let anyone see. I am deeply grateful that he is still here today.

Braden is the type of person who quietly helps others without expecting recognition. He is loyal to his family, devoted to his friends, and always willing to step up when someone needs him. He has a genuine love for people, animals, and the natural world, and he consistently tries to make a positive impact on those around him. Anyone fortunate enough to know him would describe him as thoughtful, respectful, and sincere.

During his time out on bond, Braden secured a great job at McClaren Industries. I was so impressed by that. He not only got the job, but he excelled. He would call me and instead of being sad over his circumstances he would be excited over his accomplishments at work. It would have been easy to just take that time to go have some fun or be lazy, but not my brother. He continued to work hard to keep up with real estate, as that has been a career he has loved and worked hard for, and to excel at McClaren, all the while having no idea of his fate.

During that same time, we would go golf, play pickleball or tennis, cookout at my mother's house and watch movies and Braden never, ever was down. I would have so much fun with him in those moments, and they would seem so normal as we have done so many times before, and then the enormity of his situation would hit me, and it was all I could do not to breakdown. But he was extremely strong and I had to be, as well. This is my little brother, and I know his character and there is none better. I love him and believe in him more than I can say.

Other memories of him proving his character while going through this case, he came with us to North Carolina to attend our cousin's wedding. He was himself that entire weekend and our whole family was so excited to see us all. Everything was as it had always been. He did not dwell on his

situation. He then came to Savannah a few weeks later, actually helping me logistically prepare for my engagement to my now wife. I don't know that I could have done the same for him if I were in his shoes. But that is Braden. Always giving to others no matter.

I was just very recently married and my "best man", who I have been through so much with and love with every fiber of my being, was not there. That is something I will always have extreme sadness over. My wedding was incredible and every other thing perfect, but this was not a "thing". This is Braden and I will never get that day back to have him there with me.

I truly do understand the seriousness of his situation. I don't wish to dismiss that, but at the same time, and considering how much has already been lost, I respectfully ask the Court to consider not only the circumstances before it today, but also the person Braden truly is. He is a loving son, brother, friend, and member of his community. He has a good heart, strong values, and tremendous potential. Those of us who know him best know that he is far more than the mistakes or challenges that may have brought him before the Court.

Thank you for taking the time to read my letter and consider my perspective. I sincerely appreciate your attention, compassion, and consideration in this matter.

Respectfully,

Connor R. Hobbs
hobbs.connor.ch@gmail.com

Cooper Gastineau
Cgast4@yahoo.com
Doylestown, PA 18902

June 8, 2026

Dear Judge Schlesinger,

My name is Cooper Gastineau, and I am writing this letter in support of my cousin, Braden Hobbs. I understand that Braden is before the Court because of serious mistakes he has made, but I wanted to share my perspective on the person I have known throughout my life.

Growing up, I always enjoyed being around Braden. He was someone who made people feel welcome, included, and comfortable. Some of my favorite memories involve spending time with him and our family. He had a way of making those around him feel accepted, and I always felt a sense of safety and trust when he was around.

Because of the character I have seen from him over the years, it is genuinely difficult and surprising for me to see him in this position. The person I know is kind-hearted, caring, and someone who has consistently shown concern for the people around him. While I do not excuse the actions that brought him before the Court, I also do not believe they define who he is as a person.

I also know that Braden has a strong support system behind him. He is surrounded by family and loved ones who care deeply about him and want to see him succeed. He is not facing this challenge alone. I am confident that he has both the support and the character necessary to learn from this experience, continue growing, and move forward in a positive direction.

Everyone makes mistakes, but I believe what matters most is how a person responds to those mistakes. Based on what I know of Braden, I believe he is capable of rehabilitation, personal growth, and becoming stronger and better because of the lessons learned from this situation.

Thank you for taking the time to read my letter and consider my perspective. I respectfully ask that you take into account the good character, family support, and potential for growth that I have seen in Braden throughout his life.

Respectfully,

Cooper Gastineau

The Honorable Judge Harvey Schlesinger
U.S. Federal Courthouse
300 N Hogan St
Jacksonville, Fl 32202
Courtroom 10C

Dear Judge Schlesinger,

I am writing on behalf of my nephew, Braden Hobbs. I understand that he is currently in custody for serious offenses and is awaiting sentencing on June 24, 2026.

I am ten years older than Braden and have had the privilege of watching him grow up. Throughout his childhood, he was a bright, kind, and respectful boy. He played sports, spent time with friends, and was truly a pleasure to be around. He has two incredible parents who raised him well, and he is supported by a large and loving family.

More recently, Braden began to struggle and lose his way. He became involved with drugs, negative influences, and behavior that does not reflect the person we know him to be. It has been incredibly difficult to witness, especially because I recognize that path all too well.

As a recovering addict myself, I have lived through a very similar chapter. In my late teens, I became addicted to heavy drugs and spent eight years battling addiction—hurting my family and cycling through homelessness, hospitals, jails, and treatment centers. On October 12, 2012, I entered what would be my final treatment program, and I have been clean ever since. Today, I am a father of two, a productive member of society, and have spent much of the past fourteen years working in and running substance abuse treatment facilities, helping others find their way out of the same darkness.

Because of this, I have seen firsthand that people in Braden's position are not beyond hope. I have seen lives that looked completely lost turn into lives filled with purpose, responsibility, and service to others. I was given a second chance, and it changed everything for me. I truly believe that Braden has that same potential within him.

I fully understand the seriousness of Braden's actions and the need for accountability. While addiction does not excuse his behavior, it does help explain the path that led him here—one I know all too well. Braden has never been in trouble before, comes from a strong family, and is, at his core, a smart, hardworking, and kind young man. Our family

continues to support him and hope he will be given the opportunity to demonstrate who
he truly is, just as I was once given that opportunity.

If given that chance, I am confident he can turn his life around and become a
responsible, contributing member of society. I am personally committed to supporting
him through recovery and helping ensure he stays on the right path. I respectfully ask
the Court to consider a sentence that allows for both accountability and meaningful
treatment and rehabilitation.

Thank you for your time and consideration.


Respectfully,

Cory Newman
Braden Hobb's Uncle

# Braden Hobbs Positive Character Letter by Daniel Lynch

To whom it may concern, my name is Daniel Lynch and I have been close friends with Braden Hobbs since 1st grade. Braden has always been a great person. He has always been very kind, friendly, caring, and highly intelligent. I remember in 1st grade he and another student were reading novels at a 4th grade level. While the rest of the class was reading books from the 1st grade curriculum. Braden has always been a lover of animals and he got me interested in animals at that age. All animals like pet reptiles and dogs. Braden even went on to be a vet tech at a local veterinarian office in Jax Beach. Braden & I would always draw and were some of the most artistic students in the class. I really believe that Braden is a brilliant person that started to go down a bad path. He has always been a peaceful person and easy going and I really appreciate you taking my letter into consideration.

I actually have experience working at Wakulla State Prison as a therapy intern, and although I just have the perspective as a student therapist at that time. I have worked with many different kinds of inmates. I know I might have a bias, because Braden is my friend but he doesn't strike me as someone that needs to be in there very long term. I have spoken to inmates like that, they seem to not make progress in therapy and have carried out violent acts.

I believe that Braden is the exact opposite of this type of inmate. Of course he needs to serve a punishment, but I believe he will go on to live a successful life and will not return to prison. Braden has an impressive resume as a real estate agent, vet tech, & car salesmen. I believe that Braden can benefit our society. Plenty of empty houses in this tough market and cars that need to be sold. I truly think that he is a good guide to a home buyer, he has great experience and so does his family. We need amazing people like him to do work like that. I really appreciate the consideration.

Lastly, I wanted to mention that Braden is a man of faith and he believes that his faith will guide him through his punishment for whatever happens. I want to see Braden come out some day and go on to get a great job, a loving family with his fiance, and catch up on time missed that he served for his punishment. I wanted to say one more time, thank you for your consideration and for reading my message.

Daniel Lynch
(904) 612-9003

June 7, 2026

To The Honorable Harvey E. Schlesinger:

My name is Edward Lackard, I am related to the Hobbs family in the capacity of father-in-law. I'd first like to respectfully say that we all realize the weight of Braden's actions and the following is not meant in any way to minimize the extent of those actions but more so to share a bit insight on the young man himself and his background. Please consider my words as truthful, sincere and genuine.

My wife Lisa and I first met Braden approximately four years ago at his mom's house. I'm assuming Braden was anxious to get to know us too, yet he quietly allowed his mom, Lisa and I (as the parents) to speak and really get to know each other, just the three of us. Braden expressed poise and respect all evening, I was very impressed. Since then, we've had many opportunities to visit with Braden, each gathering, with him being nothing less than a perfect gentleman. I learned how close he is to his mother (Kelly) when we all celebrated Christmas in St. Augustine a few years ago, the whole visit he clearly expressed how much he appreciates all the work that goes into being a caring and loving mother, Kelly built and shaped Braden. Braden's older brother Connor (my now son-in-law) also, has had a positive impact on his life as well hence to Braden's chagrin, he kept this period in his life away from Connor's view as he feared not to disappoint his brother. I'm simply sharing that the "real" Braden and his love for family, good friends, animals, etc., is not the person in custody today.

I truly believe that Braden's decision to travel these dark paths have been obscured by manipulation (Braden himself mistakenly bought into it), substance abuse and the root of all evil, the attraction and lure of bad money. Braden now certainly understands the ramifications and potential consequences of these dealings as he has continually expressed deep regret and remorse for ever getting involved in this type of lifestyle. We are in hopes that the court can extend some level of forgiveness for his regrettable actions.

Thank you for your time and consideration. I can be contacted at 860-966-2325 if you have any questions.

Eddie

Honorable Judge Harvey Schlesinger
US County Courthouse
300N Hogan Street
Jacksonville Florida 332202
Court Room 10 C


Your Honor. I have written today to approach you for mercy.
Braden Hobbs is my Grand Nephew
Son of Troy Hobbs
Grandson of Howard J, Newman JR,
I am Braden's Great Aunt, Sister of HJ Newman

I have never done anything like this before.  I am 84 and this is a first for me. Because
my family has always been respectable and law abiding.

My family has always been honorable and kind and helpful to others I still Volunteer in a
center to help needy women.
Braden has helped me in many ways from the time he was small. He attended my
husband's burial in 2017.
He was helpful and respectful for the entire burial. My whole family puts a new flag on
his grave every year to honor his service to the United States and to all the family.

I have built and lived in a house in Callahan since 1973 and Thanksgivings were Full
Tables and prayers for peace in the family.

A lot of young people today think they need extra help to get by and are greatly influenced
by others their age.
I have fourteen nephews including Braden and they are all Close to each other and
have reputable Christian lives.

Christmas was 15 to 20 people around my tree I had the biggest tree so everyone came
to my house.  My husband and I loved it
Everyone needs a second chance to make something of themselves and we will all give
our all to help Braden to make
 his way in this world as a righteous man.
Please your Honor give him that chance to make the world a little better for the next
generation in Newmans and Hobbs. I give you my word I will do my best to help.

Thank you for your time.
With respect
Jacqueline Newman Sikes

To the Honorable Harvey E Schlesinger

Re: Braden Hobbs

I am writing to offer my strongest character reference for Braden Hobbs. As his uncle, I have had the privilege of watching him grow up and have known him to be loving, kind, and selfless throughout his life. He has always been an important and valued member of our family. I fully understand the seriousness of the charges before the Court, and I do not minimize them. However, I can say with sincerity that this conduct is wholly out of character for him.

For the past 15 years, I have coached youth sports and have seen many young men face difficult choices that shape the course of their lives. Some make mistakes and never recover from them, while others accept responsibility, learn from their actions, and choose a better path. I believe Braden is capable of doing the latter. He has accepted responsibility for his actions and has not sought to excuse them. In my opinion, he is, at his core, a good young man who understands right from wrong, and I believe that with mercy, accountability, and guidance, he can redirect his life in a positive and meaningful way.

Thank you for your time and thoughtful consideration of this letter. I respectfully ask that you take Braden Hobbs's character, acceptance of responsibility, and capacity for growth into account as you consider this matter.

J.D. Rooney

**The Honorable Harvey E. Schlesinger**

Your Honor,

My name is Jason, and I am writing to offer a character reference for my younger cousin, Braden. I am approximately fifteen years older than him, and throughout his life I have had the opportunity to watch him grow from childhood into adulthood. While it is natural for family members to speak favorably of their relatives, my support for Braden is not based on obligation or sentiment alone. It is based on years of observing his true character.

Braden has always been well-behaved, respectful, and genuinely well-liked by those around him. Even as a young child, he was obedient, kind, and eager to do right by others. As he grew older, he continued to carry those qualities with him. He has always been someone who listens, who cares, and who tries to be a positive presence in the lives of the people he loves.

As I have gotten older myself, I have come to understand how thin the line can be between the "right" path and the one that seems right in a difficult moment. Life does not give any of us a perfect roadmap. Small pressures, influences, or moments of vulnerability can push even good people in directions they never intended to go. I once heard a successful businessman speak about the role of luck in life. His message was simple: no matter how hard we work or how good our intentions are, every one of us needs a little luck to stay on the right path.

Braden is no exception. He is a good person who made choices that do not reflect the man he truly is or the man he is capable of becoming. I believe deeply that he has the heart, the character, and the willingness to learn from this experience. He is not someone who rejects guidance - he is someone who benefits from it. He is not someone who harms others for pleasure or pride - he is someone who has always shown love, generosity, and kindness.

Your Honor, I respectfully ask that you consider giving Braden the opportunity for rehabilitation and a genuine second chance. I believe that with the right support and structure, he will return to being the caring, thoughtful, and generous human being our family knows him to be. A chance to rebuild his life would not be wasted on him.

Thank you for your time and consideration.

Sincerely,

Jason Conley

The Honorable Harvey E. Schlesinger
U.S. District Court


Your Honor,

My name is Justine Paula Hyre, and I am Braden's aunt. His mother, Kelly, is my youngest sibling. My husband, David Hyre, and I are among Braden Huston Hobbs' many aunts and uncles. We are both retired high school teachers and have spent our careers working with young people. More importantly, we have known Braden his entire life.

From the day he was born, Braden has been one of the kindest and most compassionate individuals I have ever known. He has always been polite, respectful, thoughtful, and eager to help others without being asked. It has been a privilege and a joy to watch him grow from a young boy into a young man.

One of the qualities that has always stood out about Braden is his deep respect for animals and living creatures. He has always treated them with kindness and care. Whether it was rescuing an animal or educating others about wildlife, he consistently demonstrated compassion and respect for all forms of life.

The same qualities characterize his interactions with others. Braden is caring, considerate, and genuinely interested in people. Although naturally quiet, he is not withdrawn. Rather, he listens attentively, treats others with respect, and engages thoughtfully with family members of all ages, as well as others outside the family. He enjoys spending time with older relatives, younger children, and his peers alike. In my experience, he has always been a well-adjusted, respectful, and responsible young man.

Braden was raised with strong values. On his mother's side, he comes from a family that deeply respects law, service, and accountability. Our father served as a police officer in Plainfield, New York, both before and after his military service during World War II, and later moving our family to Richmond, Virginia where he attended law school. Our parents instilled in us the importance of integrity, hard work, discipline, and respect for others. Kelly worked tirelessly to instill those same values in her sons, often while facing significant challenges as a single parent.

Those values were evident in Braden throughout his life. We watched him grow into a young man who treated others with kindness and respect, particularly his mother, whom he loves deeply. We were proud of the person he became.

For that reason, our family was shocked and heartbroken when we learned of this case. The allegations and circumstances are completely inconsistent with the person we have known for his entire life. This situation is difficult for us to comprehend because it is so contrary to Braden's character and behavior.

I understand that Braden was using Xanax at the time and that the drug had a significant effect on his mental state and judgment. While this does not excuse his conduct, it is important to note that he was not behaving as the person we have always known him to be.

I have personally witnessed the profound effects that medication can have on a person's mind and behavior. Recently, my husband experienced severe health complications caused by toxic levels of a prescription medication he had taken safely for decades. The medication dramatically altered his physical condition, cognition, and personality until doctors identified and corrected the problem. During that period, he was not the person I had known for over forty years. That experience showed me firsthand how powerful and devastating the effects of drugs can be on an individual's judgment, perception, and behavior.

The Braden we know is a compassionate, helpful, respectful, and loving young man who cares deeply about his family and community. During the years we have known him, we have never witnessed behavior that would suggest he was capable of intentionally engaging in criminal conduct. It breaks my heart to think that he found himself in circumstances that led to this tragedy.

As retired educators with more than thirty-five years of experience each, my husband and I have worked with thousands of young people. We have seen students make both good and bad choices. Braden was always one of the good ones. Given some of the challenges he faced growing up, he could easily have taken a different path, but he consistently chose to be responsible, kind, and considerate of others.

I believe this situation reflects the devastating impact that drugs can have on a person's life and judgment. I know Braden is deeply remorseful for what has

occurred and for the consequences his actions have had on others and on himself.

We respectfully ask the Court to consider Braden's entire life and character, not just this isolated chapter. We fully understand the seriousness of the charges before the Court and do not seek to minimize them. At the same time, we know that substance abuse has affected countless individuals and families, often with tragic consequences.

Braden has already suffered significant consequences. He has lost a career he worked so hard to build, has spent more than a year incarcerated, been separated from the family he cherishes, and seen his previously impeccable reputation damaged. He will carry the weight of these events with him for the rest of his life.

We respectfully ask that the Court show mercy and give Braden the opportunity to demonstrate the person he truly is. We have actually witnessed him doing just that when he came to North Carolina for his cousin Bradley's wedding in November of 2024. We did not know yet of his troubles and Braden was totally back to himself when we saw him. His mother wanted to spare us the heartache of Braden's situation so that we could focus on Bradley's wedding and seeing Braden that weekend, we would have never known. He was the Braden we have always known and loved.

We believe he is capable of rebuilding his life, continuing to contribute positively to society, and using this experience to help others avoid similar mistakes. He has always been an asset to his family and community, and we believe he can be again.

We are confident that Braden will comply with every condition the Court imposes and will work diligently to earn back the trust that has been lost. We do not believe this incident defines him. Rather, we believe it is a tragic deviation from an otherwise exemplary life.

Thank you for your time and consideration.

Respectfully submitted,

Justine Paula Hyre
David Hyre

To The Honorable Harvey E. Schlesinger,

I hope this letter finds you well. I am writing this on behalf of my younger cousin, Braden Hobbs, to provide the court a glimpse of the person that I know Braden to be. Growing up as the youngest brother of 3 boys, Braden was always the quiet, sweet, shy one and was always a joy to have around. He never got into trouble and I always thought he would go far in life. Life has put us on different paths over the years but I have enjoyed catching up and seeing him at various family functions. He has always had good manners, acted respectfully and never seemed out of control. To hear that he had gotten himself into this trouble was shocking and seemed so unlike the person I knew growing up. His mother and my aunt, Kelly Hobbs, is a wonderful person and has done her best to raise 3 capable boys despite her doing most of it on her own. I know that Braden has lost his way recently but I do believe he is a good human and can come back from this if given the chance. He has a loving family behind him who will ensure he gets the help he needs and can get him back on the right path. Thank you for your time and consideration.

Katie Jordanhazy
1824 Pembroke Jones Drive
Wilmington, NC 28405
katiejordanhazy@gmail.com
(336) 413-9321

June 9, 2026
**Re: Character Reference for Braden Hobbs**
Dear Honorable Harvey E. Schlesinger

My name is Kim Rooney, and I am Braden's Aunt.  I have known Braden since he was a baby. I am writing this letter to provide the court with some insight into what a fine little boy, teenager and young man Braden had always been.

Braden visited our family many times in North Carolina over the years.  Braden has always been a very sweet, kind, caring, loving and respectful young man.  I was never so shocked to hear this news about the trouble he was in.  This was so unlike Braden.

I am aware of the extremely serious federal charges pending against Braden. I do not wish to minimize the gravity of the situation, nor do I dispute the legal process. However, I know the Braden that grew up with our family and this is completely out of character for him.

Your Honor, I respectfully ask that you consider all of the positive aspects of Braden's life when determining his sentence. I truly believe that he has remorse for what he has done and that he will turn his life around if given the opportunity.

Thank you for your time and thoughtful consideration.

Sincerely,

Kim Rooney

Dear Judge,

My name is Landon Taucher and I am a Financial Consultant. I have known Braden Hobbs all my life and he is an exceptional young man. Prior to Braden's arrest, our best friend named Cameron Sciliano, a decorated Army Veteran, died and Braden was there to support Cameron's family through that difficult time. Shortly after, Braden began to seem a bit disconnected and not quite himself. Although he did find himself in an unusual circumstance, I do not believe this is a testament to Braden's true character. He is someone that has involved himself in the community, from helping mentally disabled children learn basketball to taking time out of his day to teach young men how to fish in his own community. He has shown that even after this incident he has pulled himself up and got a good job with great career potential and can be a productive member of society. He has a very kind heart and cares about others and even went to the lengths of nursing a baby deer back to health that he found on a highway and brought it to a shelter, the only shelter that would take the baby deer, 2 hours away. He's truly an amazing person and always has been a leader in all aspects of life. Braden has taken it upon himself to pull himself up and start a career that most people would dream of, he tells me about his work days with excitement and is enthusiastic about his clients and their needs. I pray his mistakes do not define his life and he has the opportunity after all of this to continue his career path and be a great member of society as he wants to be.

Sincerely,

Landon Taucher

Mackenzie Gastineau

4439 McNeil Road

Doylestown, PA 18902

m. 267.337.3786

e. gastineaumackenzie@gmail.com


June 8, 2026


The Honorable Harvey E. Schlesinger

Senior United States District Court

Middle District of Florida

Jacksonville Division

300 North Hogan Street

Jacksonville, Florida 32202


Re: Character Reference for Braden Hobbs


Dear Judge Schlesinger,


My name is Mackenzie Gastineau, and I am writing on behalf of my cousin, Braden Hobbs.


We grew up together in a large family with seventeen cousins, spending a lot of time together, and Braden has always been one I was closest to. Although he is only a few years older than me, he was always someone I looked up to. He was more like a brother to me than a cousin and an important male figure in my life.


As the only girl amongst the youngest bunch of the cousins, I spent most of my childhood and time spent with family surrounded by boys. While all of my male cousins are truly great examples of men, there was always something about the way Braden treated the women in our family that stood out to me. It was never about grand gestures, but all the small things a little girl is sure to notice, before she even realizes what that is. He made people feel included, appreciated, and cared for.

It would have been easy for me to feel left out as my brothers and cousins naturally wanted to do "boy things" like fishing, watching super hero movies, or the natural thing young boys do of not wanting to hang out with their sister all the time, but Braden always made sure I felt included. He'd always encourage me to tag along and to have my brothers let me tag along.

He was the type of kid who would carry my luggage for me even when it weighed far too much, he'd be the first kid outside to help unload groceries, that is if he didn't already go with us to the store as well.

As a young girl, I always noticed and admired the small things he did. As I have gotten older, I have come to appreciate how rare those qualities are, how they are not always easy choices, and how that makes them all the more meaningful. One of the things I admire most about Braden is that despite witnessing and experiencing difficult circumstances within his own family at a young age, he consistently chose kindness, empathy, and consideration in the way he treated those around him.

As years passed, many of us grew up, moved all over, started careers and families of our own, and naturally attended fewer family events. Braden was different. He continued to show up in times of celebration and need. He attended graduations, family events, and always took the opportunity to spend quality time with us and our big family. He always made a consistent effort to stay connected.

One big example that has remained with me occurred while I was living alone during college and dealing with a very scary situation involving a stalker. I was nineteen, living by myself, far away from my family, and trying to finish my semester while navigating a situation that made me feel extremely unsafe in my own home. Once he heard, Braden offered, without hesitation, to come stay with me while I finished my classes and the police worked to help identify the individual involved. He offered to stay in my tiny guest room, walk my dog at night when I was too scared to myself, and make sure I was not alone during a time when I was terrified. He had no obligation to do so, but simply wanted to help and protect someone he cared about.

Something Braden and I have connected on as we got older has been faith. I know prayer and his relationship with God have been a source of strength and guidance for him. It's something he has spoken about often and something I know has been important in his life.

The Braden I know is the person who has a huge heart, is resilient, shows up without fail for his people, even in ways he may not realize. He's someone who has impacted the world with so much positivity and love from a young age.

I understand the actions that brought Braden before this Court are serious and of course require accountability. I am not writing this letter to excuse his actions. Rather, I am writing because the person I have known throughout my life is kind, thoughtful, loyal, and capable of growth. The true person

Braden Hobbs is at his core is not reflected in the actions that have led him to the serious situation he is in today.

I have seen Braden show up for his family, lend a helping hand when no one expected it, protect the people he cares about, and treat others with kindness when there was nothing to gain from doing so. These are not isolated moments. They are qualities I have witnessed consistently throughout my life.

I recognize that the Court is not being asked to judge the Braden I personally know, but I hope my perspective helps demonstrate that he is more than his mistakes. I respectfully ask that you allow him to face accountability, to learn, reflect, and have the opportunity to grow into the man he can be and continue to share his positivity and good with the world.

Thank you for your time and consideration.

Respectfully,

Mackenzie Gastineau

Dear Judge Schlesinger,

My name is Maura Copeland and I am Braden's cousin, although he is closer in age to my children than to me. I am also an attorney licensed in three states. I have practiced for 23 years and spent 2 of those clerking in a court system with a Drug Court. I am currently the Vice President for Audit, Compliance, Ethics, and Risk Management at a university.  I give that background to illustrate that I take very seriously my obligation of candor before this court and have devoted my own career to fostering accountability and compliance with laws, rules, and regulations. I have also seen remarkable recoveries in individuals who have committed crimes involving and/or while under the influence of drugs.

I cannot attest to the facts and circumstances surrounding the charges Braden is facing. We would never have expected Braden to become involved in criminal activity. My husband, Jamie, and I were genuinely shocked to hear of these accusations and subsequent legal proceedings. We have known him to be a quiet, hard-working, and loving child who grew into a young adult who my own children, especially my 17-year-old son, looked up to. As an attorney, I know that situations like this can define a person's life. It is particularly tragic when the person involved is so young. Braden has a whole life ahead of him and this situation is not indicative of the person he has been and has the potential to become.

Braden has a large and faithful extended family who loves him. We want to see him recover from this situation, leading a law-abiding and productive life and giving back to the society that gave him a second chance. It is our sincere prayer that this court can find a sentence that strikes that delicate note of accountability and lasting reform. Some defendants present with hopeless prospects for true rehabilitation. That is not the case here. Braden is a fundamentally good person who has apparently made some fundamentally bad choices to land before this court. Braden is young, with great capacity to learn from these bad choices and great potential to positively contribute to society for many future years. One thing he has in abundance is hope. Another is faith. Yet another is the love and support of a law-abiding family with high expectations of him.

Thank you for your consideration and thoughtful approach to this case. Your role in enforcing the laws and protecting the public is appreciated and respected. Our thoughts are with you as you endeavor to do right by this beloved young person and the society around him. Our prayers are with Braden, that he may learn mightily from his actions and do good in the world from this day forward.

Respectfully,

*Jamie and Maura Copeland*

Honorable Harvey E Schlesinger,

I am writing to you regarding my cousin, Braden Hobbs. I have known Braden since he was born, watched him grow into the loveliest young man: helpful to his family, kind, courteous, loving, fun, and generous.

In recent years, Braden developed anxiety, which I believe could have been handled with something other than a Schedule IV drug. I work for a company, Inmar Intelligence, that spearheads a drug take back program because we realize the detriment of these drugs' addictive properties. I am saddened that Braden fell susceptible to these, and I truly believe anyone could fall into the trap of anxiety medications and then be led down a path to more. I am encouraged by the fact that he was willing to go to rehab, and while being turned away due to not having a Covid vaccine previously, I still know that he would take full advantage of the opportunity to enter rehabilitation today.

Braden's heart for God is clear in how he is handling this as he takes responsibility for the choices that he made, and acknowledges his wrongdoing with drugs and firearms. Not many people have that humility, but that is the Braden I know: a heart of humble gold. Braden is not a "troublemaker;" he has always been one to put others first, and I believe that his heart was in a vulnerable place that led him to this situation.

I truly believe that with rehab, Braden will be back to his normal, loving, fun self; therefore, I ask that you please use leniency in his sentencing. I ask that you will give Braden the chance to show his true character and the goodness of his heart.


Thank you for your consideration in giving my cousin the best opportunity for a positive outcome.

Kind regards,


Megan Conley Carson


785 Serena Dr
Rural Hall, NC 27045
336-671-6207

Dear Honorable Judge Schlesinger:

My name is Michelle. I am the oldest of eight children, and Braden's father, Troy, is my younger brother (just eleven months behind me in age). Because of that, Troy and I grew up side by side, in the same grade for all twelve years of school. We shared not only classrooms, but a close bond that has lasted a lifetime.

I have known Troy to be a man of deep compassion, strong work ethic, and unwavering devotion to his family. He has always been someone who shows up; for his siblings, for his children, and for those in need. When he became a father, that devotion only deepened. His sons became his purpose, and he worked tirelessly to provide them with stability, guidance, and love. Of his three boys, Braden, the youngest, has always reminded me most of his father. He is kind, personable, and generous by nature. He connects easily with others, carries a sensitive and thoughtful spirit, and has the kind of heart that would give without hesitation. Those qualities are not imagined. They are consistent with the young man we have known throughout his life.

The last time I saw Braden was at my father's funeral in Miami, March 2022. He traveled the length of Florida to be there, to stand with his family, to honor his grandfather, and to support us in a time of loss. That is who he is at his core: someone who shows up for the people he loves. We are a large family, and like any large family, we have faced challenges, we stumble, we've done things we wish we could undo. But through it all, we have remained close and deeply connected.

Between me and my siblings alone, our mother has been blessed with 28 grandchildren and 15 great-grandchildren. She maintains meaningful relationships with all of them, and they, in turn, make intentional efforts to stay connected to her. That is the foundation Braden comes from, a family that values presence, accountability, and support.

If you look around the courtroom, you will see that support reflected. We show up not because we believe Braden is without fault, but because we believe in who he is beyond this moment. We believe in his capacity for growth, for accountability, and for change. We understand that actions carry consequences, and we do not ask that Braden be excused from responsibility. We do, however, respectfully ask that the sentence imposed allows room for redemption, that it reflects not only the seriousness of his actions, but also the potential for rehabilitation and the value of the life and unfulfilled dreams and purposes still ahead of him. Braden has a family that stands ready to support him, guide him, and hold him accountable in a meaningful and constructive way. We ask for the opportunity for him to return to that support system and to rebuild his life with purpose.
Your Honor, I respectfully ask that you consider a sentence that balances accountability with mercy, one that preserves the possibility for Braden to learn from this, grow from it, and ultimately become a better man because of it without destroying the potential I know lies within him.

Thank you for your time and consideration.

Michelle Bryant Griffin
Artist - Author - Entrepreneur







Your Honor,

You find yourself witness to a young man who was raised with loads of potential, a supportive family, a stable upbringing, and parents who love him deeply, yet who went down a path of terrible decisions that led to severe violations of the law. I am certain you see this tragic pattern far more often than you would care to.

As his aunt, I find myself completely heartbroken. The chaotic and dangerous behavior detailed in this case does not reflect the upstanding man Braden was raised to be, nor the values our family holds dear. We do not excuse his actions, nor do we minimize the gravity of the harm caused to the community by illegal drugs and firearms.

We now look back with horrific clarity and realize how completely Braden's mind and executive functioning were hijacked by severe substance dependency. His downward spiral was so rapid and blinding that he was entirely unable to find an honorable path back to reality on his own. It is clear that he badly needed intensive intervention well before his arrest.

Your Honor, we fully understand that Braden must be held accountable for the laws he broke. However, as a non-violent, first-time offender who is carrying immense shame for his actions, I deeply pray that his sentence focuses heavily on core correction and rehabilitation. The primary goal of our penal system must be to reduce recidivism by treating underlying issues so that an offender can be reintegrated safely back into society.

Therefore, I respectfully pray that you fashion a sentence that allows Braden a realistic future-one where he has the time to heal from his addiction, grow into the man he is capable of being, and eventually become an asset to society. We earnestly request that you formally recommend him for the Bureau of Prisons' Residential Drug Abuse Program (RDAP). He needs the most rigorous, structured treatment available to destroy the root cause of his criminality.

Braden is not alone in this world. He has a dedicated, sober family unit that loves him deeply and is fully prepared to provide a strict, supportive environment to monitor him upon his release.

I know that you alone bear the immense burden of ruling over the futures of those who appear before you. My prayers are with you for clarity as you sit through these proceedings, and my prayers are with my nephew, whose life and future rest in your hands.

Respectfully
Pollyann Munroe

Richard Gastineau, Esq.
2005 Easton Road, Suite 203
Doylestown, PA 18901
m. 215.353.9061
e. richardgastineau@yahoo.com


June 8, 2026

The Honorable Harvey E. Schlesinger
Senior United States District Judge
United States District Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, Florida 32202

Re: Character Reference for Braden Hobbs

Dear Judge Schlesinger:


Dear Judge Schlesinger:

I am writing this letter on behalf of my nephew, Braden Hobbs. I understand that Braden is before the Court in connection with a serious matter, and I do not write this letter to excuse the conduct or minimize the seriousness of the situation. I write only to respectfully ask the Court to consider the person I have known Braden to be throughout his life.

I have known Braden since the day he was born. He is my nephew, and I have watched him grow up as part of a good, caring family. In my experience, Braden has always been a good young man at heart. He has been respectful to family, loving toward those close to him, and someone who has been raised with support, values, and people around him who care deeply about his future.

Braden has also been close with my own immediate family and with all of my children. They grew up together, spent time together over the years, and developed genuine friendships. Braden came to our home during summers while he was growing up, and our families often vacationed together during the summer months. Throughout all of those years, Braden was always respectful to my wife, my children, and me. He was polite, kind, and a fine young man to have around our family.

As a young man, Braden did well academically, had many friends, and was the kind of young man our family was always happy to welcome into our home. For that reason, this case seems extremely out of character for the Braden we have always known, and it has deeply upset my entire immediate family. Clearly, something changed in his life, and it appears he became involved with the wrong crowd and influences that led him away from the values he was raised with. I do not say that to excuse his actions, but to explain that this conduct does not reflect the Braden our family has known for his entire life.

To my knowledge, Braden has never had any prior convictions or meaningful history of trouble with the law or the justice system. That is another reason this situation is so shocking and out of character for the person our family has always known. From everything I understand, this was not part of a pattern of criminal behavior, but rather a series of very poor decisions influenced by the wrong people and the wrong circumstances.

Braden also comes from a family with a deep respect for service, education, faith, and the law. His grandfather, Arthur Paul Rooney, was a World War II veteran and a graduate of T.C. Williams School of Law at the University of Richmond. I mention this not to suggest that family background excuses anyone's conduct, but because I believe it reflects the values Braden was raised around and the foundation that still exists for him to return to. He has people in his life who understand responsibility, discipline, service, and respect for the legal system, and I believe Braden, at his core, understands and respects those same values.

I understand that Braden apparently got involved with the wrong crowd and made decisions that have led him to this very difficult moment. At the same time, I respectfully ask the Court to see that Braden is not simply the person he may appear to be based on this incident. The Braden I know is intelligent, capable, and still very much able to learn from this, accept responsibility, and turn his life in a better direction.

Braden has already spent more than a year in custody. During that time, he has lost not only his freedom, but also his career, his reputation, and valuable time that can never be recovered. From my observations, this experience has profoundly humbled him. He is embarrassed by the choices he made, deeply remorseful for the consequences of those choices, and determined to rebuild his life in a lawful and productive manner. From what I have seen, Braden is eager to demonstrate that he has already begun making better choices. He has also developed a deeper faith, which appears to be giving him strength, humility, and a clearer sense of responsibility. I believe this can be a turning point in his life, not the beginning of a darker path.

I respectfully ask the Court to consider that Braden is at an important and vulnerable point in his life. While I understand that accountability is necessary, I worry that a purely punitive outcome could place him in an environment that may expose him to worse influences and make it harder for him to continue growing in the right direction. My hope is that the Court can fashion a consequence that holds Braden accountable, but also gives him a real opportunity to learn, mature, and become the person I believe he is capable of becoming.

This has been a painful and frightening experience for our family, but I believe Braden has the ability and support to move forward in a positive way. He has family members who love him, support him, and are willing to help him make better choices going forward. I believe he can become a productive, responsible, and law-abiding young man if given the opportunity and guidance to do so.

While nothing can undo the mistakes that brought him before the Court, I firmly believe that Braden has learned from them and that he presents a very low risk of ever appearing before the criminal justice system again. I respectfully ask the Court to consider these factors, along with the strong support system that awaits him, when determining an appropriate sentence.

Your Honor, I respectfully ask that you show Braden mercy when considering his sentence or disposition. I understand there must be consequences, but I hope the Court will consider his age, his family support, his potential, his faith, the time he has already spent in custody, his lack of any prior criminal history to my knowledge, the consequences he has already experienced, and the fact that this incident does not define the whole of who he is.

Thank you for your time and consideration.

Respectfully,

Richard Gastineau, Esq.

**From:** Ryan Rossier <ryanrossier4@gmail.com>
**To:** "Kellyhobbs.realtor@yahoo.com" <Kellyhobbs.realtor@yahoo.com>
**Sent:** Tuesday, March 31, 2026 at 08:04:36 PM EDT
**Subject:** Braden Hobbs Character Letter

I am writing this letter as a character reference for Braden Hobbs, whom I have had the privilege of knowing since elementary school. Over the years, Braden has remained one of my closest friends, and I can say with confidence that he is a person of exceptional character.

Braden has a kind heart and a deep devotion to his family, he has always been close to his mom and brothers. As we grew up, we stayed connected, and he's even become a part of my family life, getting to know my 4-year-old son and joining us for dinners with my wife and me.

Throughout all of this, Braden has been a loyal, supportive friend. Even when facing personal challenges, he's always kept a positive attitude and never brought those difficulties into our household. His intelligence and potential have always been clear.

Please feel free to contact me if you need any further information.

Ryan R. 3/31/2026.



| | |
|---|---|
| **From:** | Kelly Hobbs |
| **To:** | Jennie; James Hill |
| **Subject:** | Fw: Braden Hobbs |
| **Date:** | Sunday, June 14, 2026 7:16:00 PM |

## this is from my oldest sister Maureen

----- Forwarded Message -----
**From:** June Conley <jmaur130@aol.com>
**To:** Kelly Hobbs <kellyhobbs.realtor@yahoo.com>
**Sent:** Wednesday, June 3, 2026 at 05:06:12 PM EDT
**Subject:** Braden Hobbs

**Character Reference Letter for Braden Hobbs**

To The Honorable Harvey E. Schlesinger,

I am one of Braden Hobbs' aunts and his mother, Kelly's, oldest sibling. I have known Braden since the day he was born. Throughout his life, Braden has been a kind, sweet, and respectful child, teenager, and young man. He has consistently demonstrated a caring nature and has always been willing to help his mother and other family members. In our family's view, he has always been an all-around good person.

We come from a family with a long history of attorneys, and Braden was raised with strong values and expectations. Braden has always shown good character and a strong work ethic, including earning his real estate license at a young age.

From what I have observed and understand, I believe prescription medication may have played a significant role in his decline. Braden did not exhibit any signs of behavioral or emotional problems throughout his life, and he has always been socially engaging in a kind, appropriate, and normal manner.

I also understand the epidemic that has been created by these types of drugs being prescribed so freely in our society, particularly medications such as Xanax, which can carry significant risks and side effects when misused or improperly prescribed.

Our family is deeply saddened by Braden's current situation. We continue to care for him and hope for his well-being. We know him and love him, and this does not define him or change our feelings about him. It only makes us aware that this could happen to anyone. This is not the Braden we have known from birth.

We respectfully ask that the Court consider his history, character, and the circumstances that may have contributed to this situation.

Respectfully,

June Maureen Rooney Conley.
Sent from my iPhone

| | |
|---|---|
| **From:** | Kelly Hobbs |
| **To:** | James Hill; Jennie |
| **Subject:** | Fw: Braden |
| **Date:** | Friday, June 12, 2026 9:58:55 PM |

From my sister, Robin.  Braden has spent so much time with she and her family.  They all adore him and know him so well.

----- Forwarded Message -----
**From:** Robin Gastineau <robingastineau@yahoo.com>
**To:** Kelly Hobbs <kellyhobbs.realtor@yahoo.com>
**Sent:** Thursday, June 11, 2026 at 10:18:24 AM EDT
**Subject:** Braden

Dear Honorable Judge Schlesinger,

I am writing to you on behalf of my nephew, Braden Hobbs. Braden's mother is my younger sister, and out of our family of seven children, she is closest in age to me. Growing up, she was my closest sister and best friend. My husband and I moved to Florida at one point to be closer to two of my sisters. While we later moved away, our families remained close and spent as much time together as possible over the years. I have always been very involved in my sister's and her boys' lives. We all value family and cherish the time we spend together.

Being that close to my sister, I have lived alongside her and her boys through both good times and bad. I have witnessed their journey through life as closely as anyone outside their immediate household. I was my sister's shoulder to lean on and helped her and the boys as best I could through some very difficult times. The boys were young, and as anyone knows, children want security and to feel safe in their home environment and lean on those closest to them.

While this letter is in support of Braden, I believe it is important to understand some of what he experienced, particularly during his most formative years. Braden was, and has always been, one of the most loving and kind young men I have known. He simply needed to feel that same love and security in his own life. The intimidation and uncertainty of another individual's behavior and reactions always seemed to hang in the air. Even though that was the environment he experienced, Braden never became angry, resentful, withdrawn, or outwardly showed that he was struggling. That kind of burden takes a toll on a person, yet Braden rarely showed it. He remained devoted to his mother and brothers and was always happy, positive, and enjoyable to be around.

He jumped at every opportunity to be involved with his family and extended family, even during his teenage years when many young people tend to withdraw. Braden was such a positive presence and spent time with both the adults and the younger children. He jumped at the chance to visit family and loved large family gatherings. I especially admired how much he loved his mother and how intentional he was about making sure she felt loved. He asked her to ride bikes, go for walks, watch movies, and simply spend time together. He is a genuinely good young man with a kind and caring heart.

Over the years, as he dealt with life's challenges and a difficult, inconsistent relationship with his father, I noticed that Braden seemed to become more anxious and less relaxed and confident than he had always been. Life gets busy, and people are not always able to recognize when someone is struggling. However, I did notice that something seemed different. We live in such a fast-paced society that often pulls us in many directions, and sometimes we do not realize someone needs help until the situation becomes serious.

Obviously, Braden's anxiety became something he felt he needed to address. Being the positive and upbeat young man he has always been, he wanted to feel like himself again, and Xanax became the answer he turned to. While I do not currently practice, I am a pharmacist and understand how dangerous this medication can be. It is an extremely slippery slope. It can take hold quickly, and for some people it does not let go without a fight. A person can develop a dependency in as little as two weeks. Personality changes and impaired judgment are common consequences for many individuals. The brain can lose some of its ability to self-regulate, which can create a cycle of increasing dependence and escalating use.

In my opinion, Xanax is a particularly dangerous medication when relied upon as a long-term solution for everyday anxiety. The most concerning effect, from my perspective, is the change it can cause in a person's behavior and decision-making. For me, Braden's situation reflects many of those concerns. The person whose future you are considering today is not the same young man I have known throughout his life. I am not suggesting that he should not be held accountable for his actions. Rather, I am asking the Court to consider that his actions are profoundly inconsistent with the character he demonstrated for so many years.

As I have witnessed throughout my many years around him, Braden has never shown signs of being someone who would become involved in conduct of this nature. He has always been kind, loving, respectful, a rule follower and concerned about how his actions affected others as well as himself. Simply put, he has always been a solid young man with strong values.

We actually spent time with Braden after his arrest and previous drug problems. My family and I shared an Airbnb with Kelly and her boys when we met in North Carolina for our nephew's wedding in November 2024. Braden was no different than he has always been. Kind, considerate, engaging, and loving. Braden had to leave sooner than everyone else so he could fly back to Jacksonville as he had to work at his new job early that Monday morning. I admire that strength in him to keep his work ethic

and integrity in the midst of facing such a terrifying situation. But that is Braden.

I am his aunt. I know him well, and I love him as if he were my own son. This situation has been extremely difficult for me to understand, and I hope and pray that you will take into consideration that the young man standing before you today is capable of far more than the mistakes that brought him here. While the seriousness of these charges cannot be ignored, I am deeply concerned that a fundamentally good young man could be permanently defined and by one chapter of his life. He has already suffered so much loss from this situation. He has lost his career in real estate, his impeccable reputation, his pride of knowing he has always done his best to make his mother's life easier, time away from his family who quite frankly are aging quickly.

Braden has always been a good and wonderful young man with a bright future. That future has been clouded by anxiety, dependence on a medication that altered his judgment and behavior, and poor decisions followed as a result. I respectfully ask that you consider who he truly is, give him the opportunity to redeem himself, and allow him the chance to prove through his actions that he can become once again the person his family has always known him to be.

We love him, we need him, and we will do everything within our power to support and help him as he moves forward and rebuilds his life.

Sincerely,

Robin Gastineau

| | |
|---|---|
| **From:** | Kelly Hobbs |
| **To:** | Jennie; James Hill |
| **Subject:** | Fw: Letter in support of Braden |
| **Date:** | Friday, June 12, 2026 8:19:33 PM |

## My niece Samantha.  My brother JD's oldest.

----- Forwarded Message -----
**From:** sjr0219 <sjr0219@gmail.com>
**To:** Kelly Hobbs <krh1013@comcast.net>; "kellyhobbs.realtor@yahoo.com"
<kellyhobbs.realtor@yahoo.com>
**Sent:** Wednesday, June 10, 2026 at 11:30:04 PM EDT
**Subject:** Letter in support of Braden

The Honorable Harvey E. Schlesinger,

I am writing on behalf of my cousin, Braden. I have known Braden his entire life and have watched him grow up. He has always been such a good kid.  Smart, caring, fun, athletic and just a good-hearted and loving person.

Two big things to know about Braden is how deeply he loves his family, especially his mother, and how deeply he loves animals. He has always been someone who cared about the people around him and valued his relationships with family and friends and maybe even more than that he loves and cares for animals. I share that love of animals with him.
My memories of him are of a sweet kid who was always easy to be around, thoughtful, and genuinely caring toward others.

While I understand that this is a serious situation, I also believe that people are more than the worst decisions they have made in an uncharacteristic paragraph of the story of their lives. The life of Braden has never been anything like what he is facing today. The Braden I have known throughout his life is someone with a good heart and always following the rules and not having to be told twice if he did mess up, although I seriously cannot think of an instance when he did.  He just was instinctively a rule follower and easy person, from childhood even until now.

I last saw him at my brother Bradley's wedding in November of 2024, and he was totally himself.  The same person we have always known.  Because my aunt Kelly didn't want to bring something so devastating to our family around my brother's wedding, she didn't tell us right away.  Braden was back to Braden and we had no idea anything had even happened with him.  Although we usually have family get togethers often, when he was dealing with his issues, I guess people were still not getting together as much after Covid.  That breaks my heart because maybe if we were still together as much as before that would have made a difference for him.

I respectfully ask the Court to consider not only the circumstances that have brought him before you, but also the many years of his life that reflect the caring and compassionate person his family has known him to be.

Thank you for your time and consideration.

Respectfully,

Samantha Rooney